# EXHIBIT A

## Уведомление об отправке искового заявления через Судебный кабинет

Уникальный номер: 197517104255724

Дата отправки: 10.05.2021 19:35

**Отправитель**

| | |
|---|---|
| ИИН | 790531300832 |
| ФИО | ТИХОНОВ ЕВГЕНИЙ СЕРГЕЕВИЧ |

**Получатель**

| | |
|---|---|
| Область | город Алматы |
| Судебный орган | Медеуский районный суд города Алматы (Гражданские дела) |



Translation from Russian:

## Notification of submission of a lawsuit through the Judicial online cabinet

**Unique number**: 197517104255724

**Date of submission**: 05/10/2021 19:35

### Sender

**IIN:** 790531300832

**Last name, first name, middle name:** TIKHONOV YEVGENIY SERGEYEVICH

### Recipient

**District:** City of Almaty

**Judicial authority:** Medeu District Court of the City of Almaty (Civil Cases)