

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. _____<br>ECF Case |

### DECLARATION OF YEVGENY TIKHONOV IN SUPPORT OF APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

I, **Yevgeniy Tikhonov**, declare pursuant to 28 U.S.C. § 1746 as follows:

1       I am an attorney licensed and practicing in Kazakhstan since 2002. My office is located at Republic of Kazakhstan, city of Almaty, st. Gogol, 86, office 517,721

2.       My first language is Russian. This declaration is submitted in Russian accompanied by an English translation. I have reviewed the English version with the assistance of a translator and affirm that it is a true and accurate translation of my Russian declaration.

3       I have been retained by Makhpal Karibzhanova to represent her in connection with an action for the equitable distribution of the property acquired during her marriage to Aidan Karibzhanov in Kazakh court.

4.       I provide this declaration in support of Ms. Karibzhanova's Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 to provide this Court with the necessary background on the laws of Kazakhstan governing the equitable distribution of marital property

—— АЛМАТИНСКАЯ ГОРОДСКАЯ КОЛЛЕГИЯ АДВОКАТОВ / АЛМАТЫ ҚАЛАЛЫҚ АДВОКАТТАР АЛҚАСЫ / ALMATY BAR ——

| | | | |
|---|---|---|---|
| Адвокатская контора «ДинастиЯ» | «ДинастиЯ» адвокат кеңсесі | **Dynasty Law Firm** | ☎ +7 727 259 75 79 |
| Республика Казахстан, 050000, | Қазақстан Республикасы, 050000, | Gogol street, 86, office 721, | ✉ info@dynasty.kz |
| г. Алматы, ул. Гоголя, 86, офис 721 | Алматы қ., Гоголь көш., 86, 721 офисы | Almaty, 050000, Kazakhstan | www.dynasty.kz |

5.      I have reviewed the filings in the divorce action filed in Kazakhstan by Mr Karibzhanov in August 2017 I confirm that, by resolution of the Appellate Judicial Board for Civil Cases of the Almaty Civil Court (the "Appellate Court"), the final divorce degree became effective on May 15, 2018.

6.      Neither the Appellate Court nor the final divorce decree addressed the issue of the distribution of Mr. Karibzhanov and Ms. Karibzhanova's marital assets.

7       Under Article 38 of the Marriage Code, Kazakh law provides for the equitable distribution (50/50) of all assets acquired during a marriage between the spouses.

8.      Under Article 37.6 of the Marriage Code of Kazakhstan, a spouse may, within three years from the date of the final divorce decree, file an action for the division of matrimonial assets.

9       Ms. Karibzhanova, therefore, has a legal right to seek a division of the assets under Kazakh law

10.     Kazakh law will permit the introduction of evidence obtained in other jurisdictions on the basis of reciprocity (Article 476 of the Civil Procedure Code) including evidence pertaining to the identification and valuation of assets located in such jurisdictions.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 16, 2021                              YEVGENY TIKHONOV



ДинастиЯ

## СУД ЮЖНОГО РАЙОНА НЬЮ-ЙОРКА СОЕДИННЁННЫХ ШТАТОВ АМЕРИКИ

ПРИ ОБРАЩЕНИИ МАХПАЛ КАРИБЖАНОВОЙ О СУДЕБНОЙ ПОМОЩИ В СООТВЕТСТВИИ С 28 U.S.C. § 1782

Case No. _____
Электронный Файл Дела

## ЗАЯВЛЕНИЕ ЕВГЕНИЯ ТИХОНОВА В ПОДДЕРЖКУ ЗАЯВКИ ДЛЯ СУДЕБНОЙ ПОМОЩИ В СООТВЕТСТВИИ С 28 U.S.C. § 1782

Я, Евгений Тихонов, заявляю в соответствии с 28 USC. § 1746 следующее:

1.      Я, являюсь адвокатом, обладающим лицензией и практикующим в Казахстане с 2002 года. Мой офис расположен по адресу· Республика Казахстан, город Алматы, ул. Гоголя, 86, офис 517,721.

2.      Мой первый язык является русским. Это заявление подано на русском языке и сопровождается английским переводом. Я просмотрел английскую версию с помощью переводчика и подтверждаю, что это верный и точный перевод моей Декларации, составленной на русском языке.

3.      Махпал Карибжанова наняла меня для представления её интересов в Казахстанских Судах в связи с подачей Иска о равном разделе общего имущества, приобретенного в браке, между Махпал Карибжановой и Айданом Карибжановым.

4.      Я представляю это заявление в поддержку заявления госпожи Махпал Карибжановой о судебной помощи в соответствии с 28 U.S.C. § 1782, чтобы предоставить эту информацию в справочных целях о законах Республики Казахстан, относящихся к правовому регулированию вопросов о разделе общего имущества супругов.

АЛМАТИНСКАЯ ГОРОДСКАЯ КОЛЛЕГИЯ АДВОКАТОВ / АЛМАТЫ ҚАЛАЛЫҚ АДВОКАТТАР АЛҚАСЫ / ALMATY BAR

| | | | |
|---|---|---|---|
| Адвокатская контора «ДинастиЯ» Республика Казахстан, 050000, г. Алматы, ул. Гоголя, 86, офис 721 | «ДинастиЯ» адвокат кеңсесі Қазақстан Республикасы, 050000, Алматы қ., Гоголь көш., 86, 721 офисы | Dynasty Law Firm Gogol street, 86, office 721, Almaty, 050000, Kazakhstan | ☎ +7 727 259 75 79 ✉ info@dynasty.kz www.dynasty.kz |

5       Я просмотрел и изучил документы о расторжении брака, поданные в Казахстане господином Айданом Карибжановым в августе 2017 года. Я подтверждаю, что в момент вынесения постановления судебной коллегией по гражданским делам Алматинского городского суда («Апелляционный суд») решение о расторжении брака вступило в силу 15 мая 2018 года.

6.      Апелляционный суд при окончательном решении о расторжении брака не рассматривал и не принимал решения по вопросу о разделе имущества Махпал Карибжановой с господином Айданом Карибжановым.

7.      В соответствии со статьёй 38 Кодекса Республики Казахстан «О браке (супружестве) и семье» казахстанское законодательство устанавливает равное определение долей (50/50) в общем имуществе супругов, при его разделе.

8.      В соответствии со статьёй 37.6 Кодекса Республики Казахстан «О браке (супружестве) и семье», каждый из супругов имеет законное право в течение трёх лет с даты вступления в силу решения Суда о расторжении брака подать иск о разделе имущества.

9.      Таким образом, госпожа Махпал Карибжанова имеет законное право заявить в суд требование о равном разделе общего имущества супругов в соответствии с законодательством Республики Казахстан.

10.     Законодательство Республики Казахстан разрешает использование доказательств, полученных в других юрисдикциях и судах на основе взаимности (статья 476 Гражданского Процессуального Кодекса), включая доказательства, относящиеся к идентификации и оценке активов, находящихся в таких юрисдикциях.

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединенных Штатов Америки, что вышеизложенное является правдивым и достоверным.

Исполнено по дате: 16 апреля 2021 года

**ЕВГЕНИЙ ТИХОНОВ**