UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 21-mc-442<br>ECF Case |

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

    I am admitted to practice in this Court, and I appear in this case as counsel for Applicant Makhpal Karibzhanova.

Dated: New York, New York
         May 12, 2021

                                                Respectfully submitted,

                                                /s/ Adam S. Kaufmann
                                                Adam S. Kaufmann
                                                LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                                The Chrysler Building
                                                405 Lexington Avenue, 64th Floor
                                                New York, New York 10174
                                                Tel.: (212) 826-7001
                                                Fax: (212) 826-7146
                                                adam.kaufmann@lbkmlaw.com

                                                *Attorney for Applicant Makhpal Karibzhanova*