UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No.  21-mc-442<br>ECF Case |

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

    I am admitted to practice in this Court, and I appear in this case as counsel for Applicant Makhpal Karibzhanova.

Dated: New York, New York
        May 12, 2021

                                              Respectfully submitted,

                                              /s/ A. Mackenna White
                                              A. Mackenna White
                                              LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                              The Chrysler Building
                                              405 Lexington Avenue, 64th Floor
                                              New York, New York 10174
                                              Tel.: (646) 965-8828
                                              Fax: (212) 826-7146
                                              mackenna.white@lbkmlaw.com

                                              *Attorney for Applicant Makhpal Karibzhanova*