# EXHIBIT B

**Lewis Baach Kaufmann Middlemiss PLLC**

Adam S. Kaufmann
212 822 0128
adam.kaufmann@lbkmlaw.com

April 8, 2021

**By E-Mail:** karibjanov@gmail.com
aidan.karibjanov@visor.kz
aidan.karibjanov@visor.ae
karibjanov@mac.com

Aidan Karibzhanov
Almaty, Kazakhstan
+7 (705) 111-4040

Re: **Disposition of Marital Assets**

Dear Mr. Karibzhanov,

I am an attorney in Manhattan retained to represent your former wife, Makhpal Karibzhanova, who is seeking to resolve the disposition of marital assets from your marriage with an equitable property settlement.

As you know, Makhpal is entitled by law to one-half of the marital estate. Our team of lawyers and financial analysts has spent some time over the past year examining your financial holdings and business dealings throughout the world to ascertain the value of the marital estate. We have gathered substantial documentation of your wealth, which far exceeds the values you have published or disclosed to authorities. We are prepared to file legal actions to gather further evidence to prove the true extent and source of your wealth and to seek an equitable division of marital assets. If we are unable to reach a reasonable and acceptable agreement on behalf of Makhpal, we will commence an action in New York next week.

Makhpal strongly prefers a quiet settlement of this matter. She has no desire to put your affairs, and those of your friends and business colleagues, on display for the world to see. She is prepared to accept an equitable disposition of assets, fully release any further claims against you, and execute non-disclosure agreements. But she is prepared to litigate this matter in the courts and the international press if necessary. One part of the legal proceeding, as you may expect, will be to commence a matrimonial proceeding in Kazakhstan. You should understand that this matter will go far beyond the courts of Kazakhstan. Leveraging your wealth and status in Kazakhstan to secure a one-sided victory in the Kazakh courts will not dispose of this matter. In the numerous legal actions that will commence, you will be exposed to a very public course of court proceedings throughout the world. We know full well the interest of the global press in these matters, as seen in the divorce case of Bolat Nazarbayev in New York, and the investigations of Nurali Aliyev, Timur Kulibayev, and Eduard Ogay, to give a few examples. The question you need to ask yourself is whether you and your Kazakh partners want to read about your business dealings and

The Chrysler Building  |  405 Lexington Avenue, 64th Floor  |  New York, NY 10174  |  t 212 826 7001  |  f 212 826 7146
NEW YORK   WASHINGTON   LONDON   BUENOS AIRES
lbkmlaw.com



Aidan Karibzhanov
April 8, 2021
Page 2

personal escapades in the *New York Times*, the *Financial Times*, and the *Wall Street Journal*. Makhpal believes, and I agree, that this should be wholly unnecessary to resolve what is simply a personal, private financial dispute.

In addition, there is the separate matter of your failure to pay the maintenance charges and property taxes of the property at 212 Fifth Avenue. Through your U.S. counsel, you agreed to pay these expenses and have failed to do so. The accrued building charges and interest now total $95,920.27, and the property taxes outstanding are $140,636.24. You should remit payment for these obligations immediately.

Ms. Karibzhanova is entitled to half of the marital property. It is clear to us that the assets you own and control are worth well in excess of U.S. $1 billion, such that her half of the marital estate would be well above $500 million. She is, however, willing to settle her claims for a negotiated settlement of $300 million, plus the above-mentioned $95,920.27 and $140,636.24 for a total of $300,236,556.00.

We request a reply by Monday, April 12, 2021. If we do not hear from you, we will commence legal action directly.

Finally, Ms. Karibzhanova has appointed my firm as her counsel. She has no interest in communicating with you. You are therefore formally directed to have no contact with her, directly or through any third party. Should you try to contact her, either in person, through any telecommunication medium, in writing, or through third parties, we will refer such contact to the Manhattan District Attorney. Having been warned that no contact is wanted by her, any attempt to contact her could subject you to criminal charges under New York law. Any communications to her may be routed through me, at my email address.

Yours truly,

Adam S. Kaufmann

cc: Michael McNicholas: michael.mcnicholas@visor.kz, michael.mcnicholas@visor.ae

NEW YORK   WASHINGTON   LONDON   BUENOS AIRES
lbkmlaw.com