# EXHIBIT C

Алмаз, добрый вечер. Посмотрите, пожалуйста, почту. Документы отправила Lauren Skala. Я ищу мирного разрешения. Айдан видимо умышленно всех хочет подставить и устроить грандиозный скандал на весь мир. Вы лучше понимаете его мотивы, но ведет он себя крайне неразумно. Подставит ТК и многих других. Я прошу Вас проинформировать ТК о сложившейся ситуации. Ситуация очень серьезная. Готова организовать встречу в Лондоне или в Нью Йорке. Вы можете быть лично или отправить доверенных людей на эту встречу. Можем организовать конференц-колл, чтобы вы поняли детально сложившуюся ситуацию, куда она идет и каковы будут последствия. Встреча будет с людьми высокого уровня из Нью Йорка, Вашингтона и Лондона. Я женщина, и не ищу войны, не ищу конфронтации, я заинтересована в мирном разрешение этой истории. Айдан далеко зашел и кто-то должен его остановить. Надеюсь, что голос разума возобладает.

14:12

Almaz, good evening! Please look at the mail. Lauren Skala has sent the documents for you. I am looking for a peaceful resolution. Aidan Karibzhanov apparently deliberately wants to set up everyone and cause a grandiose scandal. You understand his motives better, but he behaves extremely unreasonably. He will let TK and many others down. I ask you to inform TK about the current situation. The situation is very serious. I am ready to arrange a meeting in London or New York. You can be in person or send trusted people to this meeting. We can organize a conference call so that you understand in detail the current situation, where it is going and what the consequences will be. The meeting will be with high-level people from New York, Washington and London. I am a woman, and I am not looking for war, I am not looking for confrontation, I am interested in a peaceful resolution of this story. Aidan has gone far and someone has to stop him. Hope that the voice of reason will prevail.