UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782,<br><br>MAKHPAL KARIBZHANOVA,<br><br>                Applicant. | 21 Misc. 442 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 11, 2021, Applicant Makhpal Karibzhanova filed a motion to redact certain nonpublic information in proposed intervenor Aidan Karibzhanov's filings in support of his motion to intervene. (Dkt. #14-16). If he so desires, Mr. Karibzhanov may file a response to Ms. Karibzhanova's motion on or before **August 13, 2021, at 12:00 p.m.**

SO ORDERED.

Dated: August 12, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge