UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

APPLICATION OF MAKHPAL
KARIBZHANOVA FOR JUDICIAL
ASSISTANCE PURSUANT TO 28 U.S.C.
SECTION 1782,

MAKHPAL KARIBZHANOVA,

           Applicant.

21 Misc. 442 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On August 11, 2021, Applicant Makhpal Karibzhanova filed a motion to seal certain exhibits and redact certain nonpublic information in proposed intervenor Aidan Karibzhanov's filings in support of his motion to intervene. (Dkt. #14-16). Mr. Karibzhanov filed a response in opposition on August 13, 2021. (Dkt. #18).

    The Court is disappointed that both Ms. Karibzhanova's initial filings in this matter and Mr. Karibzhanov's motion to intervene contain unnecessary attacks on each other and sensitive information concerning their daughter. The Court does not condone this behavior and advises the parties to refrain from including such extraneous and inflammatory information in future submissions. However, in this instance it was Ms. Karibzhanova's own allegations against Mr. Karibzhanov that opened the door to the Court receiving information regarding the character and conduct of both Mr. Karibzhanov and Ms. Karibzhanova. Furthermore, the Court agrees with Mr. Karibzhanov that he is not legally barred from introducing the relevant state court filings in this

2

matter, and that concerns about invasion of their daughter's privacy are mitigated by her consent to disclosure (*see* Dkt. #18-1).

Accordingly, Ms. Karibzhanova's motion is DENIED. The Clerk of Court is directed to terminate the motion at docket entry 14.

SO ORDERED.

Dated:   August 17, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge