# **EXHIBIT D**

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of a **Family Offense** Proceeding

AIDAN KARIBZHANOV,

         Petitioner,

-against-

MAKHPAL KARIBZHANOVA,

         Respondent.

File #: 287400
Docket No #: O-19667-17

**FAMILY OFFENSE PETITION**

TO THE FAMILY COURT:

The undersigned Petitioner respectfully states that:

 I, Aidan Karibzhanov, have an address at 240 Riverside Boulevard Apt. 17C, New York, NY 10069.

 The Respondent, Makhpal Karibzhanova, resides at 212 Fifth Avenue, Apt. 3B, New York, NY 10010.

 The Respondent and I are related in the following way: We were married in 1997, and have one unemancipated child in common:

| Name | Date of Birth | Relationship to Me | Relationship to Respondent |
|---|---|---|---|
| Iman Karibzhanova | (DOB: ▬/2001)[1] | Child | Child |

 The Respondent committed the following family offenses against our child which constitute attempted assault, assault in the second or third degree, aggravated harassment in the second degree, harassment in the first or second degree, disorderly conduct, menacing in the second of third degree, reckless endangerment, stalking, criminal mischief, sexual abuse in the second or third degree, sexual misconduct, forcible touching, strangulation, criminal obstruction of breathing or circulation, identify theft in first, second, or third degree, grand larceny in third or fourth degree, and coercion in second degree [Penal Law §135.60 (1), (2) or (3)].[2]

---

[1] Respondent and I also have one emancipated child together, Jasmine, DOB: ▬ 1998.
[2] Where victim is incapable of consent for reason other than being under age 17 [Penal Law § 130.60(1)].

In February 2017, in her apartment where she resides with our child, Respondent, during an outburst of rage, used extreme violent physical force against our daughter by repeatedly hitting our daughter in the face with Respondent's hands and fists. Respondent also threatened to kill our daughter by brandishing a sharp knife and stating: "I swear to God, if you move, I will kill you." Respondent also physically threatened our daughter by stating that our daughter will be hurt if she tells anyone about this violent incident.

Because of Respondent's violent conduct, our daughter fears for her life.

In addition to the above, Respondent, during her frequent and uncontrollable rages, engages in a regular patter of physically throwing objects at our daughter to intimidate, bully, and threaten her. Almost weekly, Respondent throws such objects at our daughter including telephones, pencils, and pens. On August 6, 2017, Respondent threw a pen at our daughter, and told her to "shut the hell up".

Because of Respondent's violent conduct, our daughter fears for her physical safety.

Respondent, almost daily, screams and yells at our daughter to intimidate, harass and bully her. Respondent calls our daughter a "fat bitch", a "stupid cunt", a "fat cow", and "you don't have a brain". Respondent has also stated to our daughter: "You are the reason I can't find happiness," and "What did I do to get a daughter like you?" and "Why were you born?" Respondent has also frequently threatened to kill our daughter. These episodes of rage against our daughter, including the name calling and throwing of objects, have often lasted for hours at a time.

Because of Respondent's vitriolic and abusive conduct, our daughter fears for her physical safety.

Recently, our daughter informed Respondent that our daughter was depressed and needed mental health treatment. Respondent refused to facilitate treatment, and shamed and mocked our daughter. Respondent stated that our daughter was pretending to be depressed in order to get attention. According to Respondent: "Look at me, I'm Iman [makes inappropriate gestures] I'm all sad and depressed, boo hoo, can someone kiss my ass now?" Respondent also stated, "Why don't you just die already?"

Because of Respondent's behavior, our daughter suffers from depression, anxiety, insomnia, nightmares, and sleep paralysis. Our daughter feels unsafe and scared, and fears for her physical safety.

I was not aware of the extent of Respondent's physical and emotional abuse towards our daughter until our daughter recently told me the details of what was happening.

I respectfully request that this Court appoint an attorney for our daughter.

      I also respectfully request that this Court orders Respondent to vacate the residence where Iman (unemancipated child) and Jasmine (emancipated child) reside, located at 212 Fifth Avenue, Apt. 3B, New York, NY 10010.

      I have not made any previous application to any court or judge for the relief requested in this petition.

      **WHEREFORE**, Petitioner respectfully requests this Court to:

      (1)    Adjudge the Respondent to have committed the family offenses alleged;

      (2)    Enter a final order of protection, specifying conditions of behavior to be observed by the Respondent in accordance with §842 of the Family Court Act:

- **The Respondent shall not menace, harass our assault the minor child;**
- **The Respondent shall not interfere with the care and custody of the minor child;**
- **The Respondent shall stay away from the minor child, the minor child's home/activities;**
- **The Respondent shall stay away from the minor child, their home/school/day care and provider/activities;**
- **The Respondent shall not communicate, either verbally, electronically, or through third-parties, with the minor child.**

      (3)    Order that Respondent vacate the residence where the child resides, located at 212 Fifth Avenue, Apt. 3B, New York, NY 10010; and

      (4)    Order such other and further relief as the Court deems just and proper.

Dated: August 30, 2017

                                                                            Aidan Karibzhanov, Petitioner

## VERIFICATION

STATE OF NEW YORK    )
                    :ss:
COUNTY OF NEW YORK  )

AIDAN KARIBZHANOV being duly sworn, says that he is the Petitioner in the above-named proceeding and that the foregoing petition is true to his own knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters he believes it to be true.

_____
AIDAN KARIBZHANOV

Sworn to before me this
30st day of August, 2017

_____
Notary Public

DROR BIKEL
Notary Public, State of New York
Registration #02BI6182144
Qualified In Bronx County
Commission Expires Feb. 19, 2020