# MENZ BONNER KOMAR & KOENIGSBERG LLP

ATTORNEYS AT LAW

ONE NORTH LEXINGTON AVENUE, SUITE 1550

TEL: (914) 949-0222   WHITE PLAINS, NEW YORK 10601   FAX: (914) 997-4117
WWW.MBKKLAW.COM

August 18, 2021

**VIA ECF & EMAIL (Failla NYSDChambers@nysd.uscourts.gov)**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re: **In re Application of Makhpal Karibzhanova
> for Judicial Assistance Pursuant to 28 U.S.C §1782**
> Civil Action No. 21-mc-442 (KPF)

Dear Judge Failla:

We represent Mr. Aidan Karibzhanov in connection with the above-captioned action. Following Your Honor's August 17, 2021 text order in this case, and in order to comply with that order, we write to request that Your Honor authorize the removal of ECF Doc. No. 10-6 from the docket.

As you are aware, on August 17, 2021, Your Honor issued an Order denying Makhpal Karibzhanova's motion to seal certain exhibits and redact certain non-public information contained in Mr. Karibzhanov's filings in support of his motion to intervene. The docket text directed Mr. Karibzhanov's undersigned counsel to redact non-public information.

On August 17, 2021, Mr. Karibzhanov refiled his Declaration with redacted non-public information contained in Exhibit D (the only exhibit that contained non-public information). *See* ECF Doc. No. 20-4. However, the unredacted version of Exhibit D remains on the docket (ECF Doc. No. 10-6) and we have been advised by the Help Desk that Your Honor must authorize the removal of ECF Doc. No. 10-6 from the docket before it can be removed.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*s/ Patrick D. Bonner Jr.*

Patrick D. Bonner Jr.

cc:   John Moscow, Esq. (By ECF & Email)