Case 1:21-mc-00442-KPF   Document 38   Filed 09/07/21   Page 1 of 1



Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

Asia Pacific
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

Europe, Middle East
& Africa
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

The Americas
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

September 07, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 618
New York, NY 10007

**Re:** *In re Application of Makhpal Karibzhanova for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, Case No. 21-mc-00442-KPF

Dear Judge Failla,

We represent movant and proposed intervenor Vladislav Kim in the above-referenced matter. We write to notify the court that we will be filing a Corrected Motion to Intervene to correct an error with one of the exhibits. The cover sheet for Exhibit B incorrectly reads "Exhibit C" and we would like to remedy this error by replacing the cover sheet and re-filing the motion and exhibits.

Respectfully submitted,

L Andrew S. Riccio
Partner
+1 212 626 4229
Andrew.Riccio@bakermckenzie.com

Terence Gilroy
Partner
+1 212 626 4724
Terence.Gilroy@bakermckenzie.com

cc: All counsel of record (via ECF)

Baker & McKenzie LLP is a member of Baker & McKenzie International.