UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Application of Makhpal Karibzhanova for Judicial Assistance Pursuant to 28 U.S.C. § 1782*

Case No. 21-mc-00442-KPF

## ORDER

THIS MATTER having been brought before the Court upon the motion of non-party Vladislav Kim for leave to seal, and the Court having considered the motion papers, and all other submissions before it; and for good cause shown; it is hereby

**ORDERED** that the Motion of Non-Party Vladislav Kim be, and it hereby is, GRANTED; and

**ORDERED** that Exhibits A – AA to the Affidavit of Vladislav Kim, dated September 3, 2021, shall be filed under seal, with contents viewable to the Court and parties only.

```
The Clerk of Court is directed to terminate the motion at docket
entry 36.
```

Dated:   September 8, 2021
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE