UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

Case No. 21-mc-00442
ECF Case

---

### DECLARATION OF MAKHPAL KARIBZHANOVA IN SUPPORT OF THE OPPOSITION TO JASMIN KARIBZHANOVA'S MOTION TO INTERVENE AND TO QUASH SUBPOENAS AND FOR A PROTECTIVE ORDER

Makhpal Karibzhanova, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am citizen of Kazakhstan and permanently reside in New York, New York.

2. I am fully familiar with the facts set forth herein.

3. I make this Declaration in support of my opposition to the motion to intervene and to quash subpoenas and for a protective order filed by Jasmin Karibzhanova ("Jasmin") on August 27, 2021. ECF No. 23.

4. In 2012, I contacted my ex-husband Aidan Karibzhanov's ("Aidan") personal accountant Gulzhamash Zaitbekova to transfer funds to make a purchase at Chopard (Le Petit-fils de L.U. Chopard & Cie). Ms. Zaitbekova paid the invoice via wire payment originating from an account held by Terza Resources Limited of BVI from an account held at Hellenic Bank in Cyprus. Ms. Zaitbekova sent me a wire payment confirmation evidencing these details. I retained a copy of the confirmation.

5. In December 2016, Aidan used intimidation and threats to force me to sign our family home in Almaty, Kazakhstan, that I paid for half of and was in my name, over to Jasmin. I had previously received an offer to purchase the house for $ 20 million around 2007.

6.  In 2019, Aidan had the house demolished and his associate sent me videos of its demolition on my birthday.

7.  I have not received any money for the transfer of the home.

8.  In 2017, Aidan and I agreed to purchase an apartment at 212 Fifth Avenue, New York, New York that I would own. After making the down payment and signing a purchase contract, on April 25, 2017, Michael McNicholas, an attorney for Visor, wrote to my attorney that Aidan would not transfer the remainder of the marital assets to purchase the apartment unless I put the apartment in the name of an LLC co-owned by my daughters. I was forced to agree. The apartment was purchased for approximately $ 7 million. My daughters currently retain ownership of the apartment.

9.  Aidan has always provided financial support to Jasmin in the form of an allowance and payment of expenses. I believe he continues to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2021.

_____
Makhpal Karibzhanova