**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. 1782 | Case No. 21-mc-00442-KPF |

## SUPPLEMENTAL AFFIDAVIT OF NON-PARTY VLADISLAV KIM IN SUPPORT OF REPLY

1. I, Vladislav Kim, am over the age of eighteen and am competent to testify as to the statements set forth in this affidavit, which are personally known to me.

2. A Cypriot oral trust was established for the benefit of Visor to hold a Visor cement project asset that was acquired in Uzbekistan. I acted as trustee of this Cypriot oral trust in trust for the Visor partnership. My personal interest in the trust asset as a Visor partner and my involvement as trustee terminated upon my withdrawal from the Visor partnership.

3. The business activities detailed in Paragraphs 22–25 of Mr. Moscow's Declaration were transactions that I conducted on behalf of Visor when I was a Visor partner, between 2007–2010. I did not directly benefit from any of the transactions detailed therein, and I am no longer involved with Visor, Turkcell, Alfa, Nur-Telecom, or Nadash.

4. The Subject Entities were never party to any trust arrangements with Aidan or any other Visor partners. They were never part of the Visor Group's assets and never related in any way to Aidan.

5. I left the partnership of Visor on 31 January 2014 (which was also my last date of employment with Visor). It did take some time for me to settle issues relating to my withdrawal as a partner. Once I left, Aidan and I have never worked together as business partners.

1

6. 77/7 Al-Farabi, Almaty, Kazakhstan is the address of the largest business center in Almaty, called the Esentai Tower. It is one of the tallest buildings in Kazakhstan. Over the years, I have conducted business with a number of companies located at 77/7 Al-Farabi, including Deloitte Almaty, Freedom Finance, Al-Hilal Bank, among others. In fact, the Ritz Carlton Almaty hotel and the Australian Honorary Consul are both located in the Esentai Tower, as well as many other international and domestic companies.

7. I recall that Visor rented office space at 77/7 Al-Farabi before and even after I left the company in 2014.

8. I have had business dealings with Algorithm, which, I believe, at one time had an office located at 77/7 Al-Farabi. Specifically, between 2014 and 2020, Algorithm made several loans to Lafonda. Lafonda has repaid all amounts due and owing to Algorithm, and there is no principal or interest outstanding. The deal was consistent with the market practice of brokerage firms assisting clients with funding.

9. I have had business dealings with Raynar, which, I believe, at one time had an office located at 77/7 Al-Farabi. Specifically, between August 17, 2016 and October 22, 2020, Lafonda loaned Raynar a total of $1 million under a loan agreement. That deal was also part of a normal business practice. Raynar currently owes Lafonda a principal amount of approximately $1 million.

10. In my dealings with Algorithm and Raynar, I did not understand either company to have any affiliation with or connection to Aidan.

11. I am the sole shareholder and beneficial owner of Lafonda Invest. Lafonda Invest is in no way associated with Aidan.

12. At the time of the transactions detailed in the Opposition and accompanying Declaration of Mr. Moscow, I believe that the entities named Algorithm and Raynar were owned

by the SkyBridge Group ("**SkyBridge**"), which includes SkyBridge Invest JSC. SkyBridge is a Kazakhstan-based brokerage firm, and has been my broker since 2014. As my broker, SkyBridge has arranged debt financing for the Subject Entities.

13. I first met Applicant Ms. Karibzhanova in 1998 when she was introduced to me as Aidan's wife. I do not recall ever discussing my business with her, nor with anyone else in Ms. Karibzhanova's presence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2021

Vladislav Kim