UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| **IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. 1782** |

Case No. 1:21-mc-00442-KPF

**DECLARATION OF L ANDREW S. RICCIO
IN SUPPORT OF VLADISLAV KIM'S REPLY
IN SUPPORT OF MOTION TO INTERVENE AND TO MODIFY
BANK SUBPOENAS AND FOR PROTECTIVE ORDER**

I, L Andrew S. Riccio, an attorney duly admitted and licensed to practice law in New York, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of New York, and an attorney at the law firm Baker & McKenzie LLP, counsel for non-party Vladislav Kim ("***Kim***").

2. I submit this declaration in support of Vladislav Kim's Reply in Support of the Motion to Intervene and Modify Bank Subpoenas and For Protective Order (the "***Reply***").

3. I am fully familiar with the facts and circumstances set forth herein and in the Reply.

4. On October 4, 2021, I performed a search on https://www.google.com/maps for the address 77/7 Al-Farabi, Almaty, Kazakhstan ("***77/7 Al-Farabi***"). 77/7 Al-Farabi is the location of the Esentai Tower Business Center, a skyscraper building in Almaty. The search identified about 74 businesses at 77/7 Al-Farabi, including, among others, the Ritz-Carlton Almaty, a Starbucks Reserve, Ernst & Young Kazakhstan, Freedom Finance Insurance, Bentley Almaty, the New York Commodity Exchange, Accenture, and Hewlett Packard Enterprise, among others.

5. The Australian Consulate in Almaty, Kazakhstan also has its office at the Esentai Tower. *See* https://www.dfat.gov.au/about-us/our-locations/missions/Pages/australian-consulate-almaty-kazakhstan, accessed on October 6, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2021.      *s/L Andrew S. Riccio*
                                                            L Andrew S. Riccio