UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

APPLICATION OF MAKHPAL
KARIBZHANOVA FOR JUDICIAL
ASSISTANCE PURSUANT TO 28 U.S.C.
SECTION 1782,

MAKHPAL KARIBZHANOVA,

                 Applicant.

21 Misc. 442 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      On May 12, 2021, Applicant Makhpal Karibzhanova filed this action seeking judicial assistance pursuant to 28 U.S.C. § 1782. (Dkt. #1). The Court granted Applicant's motion on June 15, 2021. (Dkt. #9). Since that time, the Court has received motions from three proposed intervenors seeking various forms of relief from the Court's June 15, 2021 Order.

      *First*, on August 2, 2021, Aidan Karibzhanov filed a motion seeking to intervene and vacate the Court's June 15, 2021 Order. (Dkt. #10). Applicant opposed Mr. Karibzhanov's motion on August 27, 2021 (Dkt. #30-32), and Mr. Karibzanov filed a reply on September 10, 2021 (Dkt. #45).

      *Second*, on August 26, 2021, Jasmin Karibzhanova filed a motion to intervene and quash subpoenas and for a protective order. (Dkt. #23). Applicant opposed Ms. Karibzhanova's motion on September 24, 2021. (Dkt. #50).

*Third*, on September 5, 2021, Vladislav Kim filed a motion to intervene and modify protective orders and for a protective order. (Dkt. #33-34).[1] Applicant opposed Mr. Kim's motion on September 27, 2021 (Dkt. #51-53), and Mr. Kim filed a reply on October 7, 2021 (Dkt. #54-56).

After reviewing both the proposed intervenors' motions and Applicant's opposition papers, the Court finds that oral argument is appropriate in this case. Accordingly, the parties are hereby ORDERED to appear on **December 7, 2021, at 10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

The Clerk of Court is directed to terminate the motion at docket entry 37.

SO ORDERED.

Dated:   November 4, 2021
         New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge

---

[1]   Two days later, on September 7, 2021, Mr. Kim filed a corrected version of the same motion. (Dkt. #39).