UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782,<br><br>MAKHPAL KARIBZHANOVA,<br><br>                    Applicant. | 21 Misc. 442 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Oral argument is scheduled to occur in this case on December 7, 2021. (Dkt. #58).  On December 5, 2021, the Court received opposing letter motions.  Applicant Makhpal Karibzhanova and putative intervenor Vladislav Kim moved to (i) adjourn the oral argument until after Ms. Karibzhanova attempted to mediate her foreign dispute and (ii) enter a protective order.  (Dkt. #60).  Putative intervenors Aidan Karibzhanov and Jasmin Karibzhanova, on the other hand, moved to dismiss this proceeding in its entirety.  (Dkt. #59).

In light of the parties' disagreement as to the appropriate next steps in this case, the parties are hereby ORDERED to appear for a telephonic conference on **December 6, 2021, at 3:00 p.m.**  At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:     December 6, 2021
               New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge