

**Baker & McKenzie LLP**

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

\* Associated Firm
\*\* In cooperation with
Trench, Rossi e Watanabe
Advogados

December 10, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 618
New York, NY 10007

*Via ECF*

**Re:** ***In re Application of Makhpal Karibzhanova for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, Case No. 21-mc-00442-KPF**

Dear Judge Failla,

We represent Vladislav Kim, proposed intervenor, in the above-referenced case. We write in response to (i) the December 10, 2021 Letter Motion to Stay [ECF 63] filed by proposed intervenor Aidan Karibzhanov, with proposed protective order [ECF 63-1] (the "***Aidan P.O.***"); and (ii) the December 10, 2021 Letter Motion to Stay [ECF 64] filed by applicant Makhpal Karibzhanova, with proposed protective order [ECF 64-1] (the "***Makhpal P.O.***").

We have reviewed both the Aidan P.O. and the Makhpal P.O. and wish to advise the Court that Mr. Kim supports both forms of protective order.

Respectfully submitted,

L Andrew S. Riccio
Partner

+1 212 626 4229
Andrew.Riccio@bakermckenzie.com

Terence Gilroy
Partner

+1 212 626 4724
Terence.Gilroy@bakermckenzie.com

cc: All counsel of record (via ECF)

Baker & McKenzie LLP is a member of Baker & McKenzie International.