

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

\* Associated Firm
\*\* In cooperation with
Trench, Rossi e Watanabe Advogados

December 10, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 618
New York, NY 10007

*Via ECF*



**Re:** *In re Application of Makhpal Karibzhanova for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, Case No. 21-mc-00442-KPF

Dear Judge Failla,

We represent Vladislav Kim, proposed intervenor, in the above-referenced case. We write in response to (i) the December 10, 2021 Letter Motion to Stay [ECF 63] filed by proposed intervenor Aidan Karibzhanov, with proposed protective order [ECF 63-1] (the "**Aidan P.O.**"); and (ii) the December 10, 2021 Letter Motion to Stay [ECF 64] filed by applicant Makhpal Karibzhanova, with proposed protective order [ECF 64-1] (the "**Makhpal P.O.**").

We have reviewed both the Aidan P.O. and the Makhpal P.O. and wish to advise the Court that Mr. Kim supports both forms of protective order.

Respectfully submitted,

*/s/ L Andrew S. Riccio/*

L Andrew S. Riccio
Partner
+1 212 626 4229
Andrew.Riccio@bakermckenzie.com

Terence Gilroy
Partner
+1 212 626 4724
Terence.Gilroy@bakermckenzie.com

cc: All counsel of record (via ECF)

Baker & McKenzie LLP is a member of Baker & McKenzie International.

The Court is in receipt of (i) Vladislav' Kim's above letter; (ii) Makhpal Karibzhanova's December 10, 2021 letter and proposed protective order (Dkt. #64); and (iii) Aidan Karibzhanov's December 10, 2021 letter and proposed protective order (Dkt. #63).

After reviewing the parties' submissions, the Court finds that Makhpal Karibzhanova's proposed protective order best accords with the Court's understanding of the status of this matter.  (*See* Dkt. #62).  The Court agrees with Ms. Karibzhanova that it is unnecessary for the protective order to opine on the merits of her domestic or foreign claims.  Indeed, as discussed at length at the December 6, 2021 conference, the Court has stayed this case and its resolution of the putative intervenors' motions precisely so that Ms. Karibzhanova and Mr. Karibzhanov can explore whether to mediate their dispute and thus obviate the need for this proceeding.  (*See* Minute Entry for December 6, 2021).

Accordingly, the Court will issue Ms. Karibzhanova's proposed protective order under separate cover.  The Court reminds the parties that they are to update the Court as soon as possible in the event that it becomes necessary to reopen this proceeding.

The Clerk of Court is directed to terminate the motions at docket entries 59, 60, 63, and 64.

Dated:   December 13, 2021          SO ORDERED.
         New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE