

A. Mackenna White
646 965 8828
mackenna.white@lbkmlaw.com

April 11, 2022

**VIA ECF**

The Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

      **Re: In Re Application of Makhpal Karibzhanova for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (Case 1:21-mc-00442-KPF)**

Your Honor:

      We write on behalf of applicant Makhpal Karibzhanova ("Makhpal") regarding the April 7, 2022 letter motion filed by Aidan Karibzhanov and Jasmin Karibzhanova to terminate the commission of John Moscow, dismiss the proceeding, and to continue the protection of information obtained by Makhpal pursuant to the above-captioned application. ECF 70. We respectfully request that the Court grant a two-day extension of time to respond to permit us to obtain translations of Kazakh documents supporting Makhpal's response.

      Mr. Karibzhanov and Ms. Jasmin Karibzhanova do not object to the extension whereby Makhpal will file a response by April 14, 2022.

                                  Sincerely,

                                    A. Mackenna White