

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00442-KPF<br>ECF Case |

**DECLARATION OF YEVGENY TIKHONOV IN SUPPORT OF APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

I, **Yevgeniy Tikhonov**, declare in accordance with the 28 U.S.C. § 1746 as follows:

1. I am a licensed attorney holding a license and practicing in Kazakhstan since 2002. My office is currently located at the address: Republic of Kazakhstan, Almaty City, Nazarbayev Prospect, 229-18.

2. My native language is Russian. This Declaration is submitted in two languages, Russian and English. I have reviewed the English version of the Declaration with the help of an interpreter and confirm that this is a correct and accurate translation of my Declaration in Russian.

3. Makhpal Karibzhanova ("Makhpal") hired me to represent her interests in the Courts of the Republic of Kazakhstan in connection with a claim for equal division of the spouses' common property acquired during marriage with Aidan Karibzhanov ("Aidan").

АЛМАТИНСКАЯ ГОРОДСКАЯ КОЛЛЕГИЯ АДВОКАТОВ   АЛМАТЫ ҚАЛАЛЫҚ АДВОКАТТАР АЛҚАСЫ / ALMATY BAR

Адвокатская контора «ДинастиЯ»  «ДинастиЯ» адвокат кеңсесі  Dynasty Law Firm  ☎ +7 727 259 75 79
Республика Казахстан, 050000,  Қазақстан Республикасы, 050000,  Gogol street, 86, office 721,  ✉ info@dynasty.kz
г. Алматы, ул. Гоголя, 86, офис 721  Алматы қ., Гоголь көш., 86, 721 офисы  Almaty, 050000, Kazakhstan  www.dynasty.kz

4. I am submitting this Declaration under oath to set out the relevant history and current status of the claims that I have filed in Kazakhstan on behalf of Makhpal for the equal division of the spouses' common property acquired during marriage with Aidan.

5. Makhpal had and continues to have the legal right to re-file a claim demanding an equal division of the spouses' common property in accordance with legislation of Kazakhstan. Moreover, according to the legislation of Kazakhstan, Makhpal continues to rightfully own her share in the common property of the spouses. This right is of unlimited nature and is valid until the common property is divided by the conclusion of an appropriate agreement between the spouses or the issue is resolved by a decision of a competent court.

6. On August 23rd, 2021, The Almaty City Court indicated that the party of Makhpal needs to resolve this dispute regarding the division of common property through mediation process, and if Aidan refuses to conclude the mediation with an agreement, Makhpal has the right to bring a new claim for the division of common property, attaching to her claim a written confirmation of the proposal sent to Aidan to conduct the mediation procedure.

7. On December 2, 2021, I sent a letter by e-mail to Aidan and his representatives in the trial in Kazakhstan to Mr. B.Tukulov and Mr. M.Mostovich with a proposal to resolve the issue of the division of the spouses' common property either through direct negotiations, or by going through the mediation procedure. There was no reply or reaction to the letter. (Exhibit A)

8. On December 3, 2021, I sent a letter by regular mail to Aidan and his representatives in the trial in Kazakhstan to Mr. Tukulov and Mr. Mostovich with a proposal to resolve the issue of the division of the spouses' common property either through direct peace negotiations, or by carrying out the mediation procedure. The letter was sent with a formal

confirmation of sending and delivery. There was no reply or reaction to the letter. (Exhibits B, C)

9. On December 23, 2021, I sent a letter by e-mail to Aidan and his representatives in the trial in Kazakhstan to Mr. Tukulov and Mr. Mostovich with a notice that since Aidan and his party did not respond to previous letters, did not appoint a Mediator, and did not use the priority right to do so as respectfully provided by our side, the party of Makhpal now receives the right to independently choose and appoint a Mediator. The letter was sent by e-mail as well as WhatsApp messenger to Aidan and his lawyers Mr. Tukulov and Mr. Mostovich. The laws of Kazakhstan allow the use of e-mail and instant messenger WhatsApp to send official letters. During the pandemic, Kazakh court hearings in Kazakhstan were held via WhatsApp video chats. There was no reply or reaction to the letter and messages. (Exhibit D)

10. On December 27, 2021, I sent a letter by regular mail to Aidan and his representatives in the trial in Kazakhstan Mr. Tukulov and Mr..Mostovich notifying them that since Aidan and his party did not respond to previous letter nor did they appoint a Mediator and did not use the priority right respectfully provided by our side, the side of Makhpal now receives the right to independently choose and appoint a Mediator. The letter was sent by regular mail to Aidan and his lawyers Mr. Mostovich and Mr. Tukulov, with a receipt of confirmation of the sending and delivery of the letter. There was no answer or reaction to that letter. (Exhibit E, F)

11. On January 18, 2022, I signed an agreement with an official Mediator to conduct the mediation process. On that same day, on January 18 of 2022, I fully paid for the services

of the Mediator and sent the Mediator an application to start the mediation process. (Exhibit G, H, I)

12. On January 18, 2022, I sent a letter by e-mail to Aidan and his representatives in the trial in Kazakhstan Mr. Tukulov and Mr. Mostovich with the notice that the Mediator has been selected and appointed. On January 19, 2022, I sent a letter by regular mail to Aidan and his representative in the trial in Kazakhstan Mr. Tukulov. The letter was sent with a receipt of the sending and delivery of the letter. There was no answer or reaction to the letter. (Exhibits J, K, L)

13. On January 19, 2022, the appointed Mediator sent a letter by regular mail to Aidan with a proposal to conduct the mediation process. The letter was sent with a receipt of sending and delivery. There was no answer to that letter. (Exhibits M, N)

14. On January 28, 2022, the appointed Mediator sent a letter by e-mail to Aidan and his representative in the trial in Kazakhstan Mr. Mostovich with a proposal to conduct the mediation process. There was no answer or reaction to that letter. (Exhibit O)

15. On February 18, 2022, the appointed Mediator sent a WhatsApp message to Mr. Mostovich with a proposal to conduct the mediation process. There was no answer or reaction to the message. (Exhibit P)

16. On February 20, 2022, the appointed Mediator sent a letter by e-mail to Aidan and his representative in the trial in Kazakhstan Mr. Mostovich with a proposal to conduct the mediation process. There was no answer or reaction to that letter. (Exhibit Q)

17. On April 12, 2022, I received a official letter from the Mediator on the impossibility of conducting the mediation process due to the fact that the party of Aidan did not reply to any physical mail letters with receipts of sending and delivery, letters sent by e-mail, messages sent through instant messengers, and did not answer any phone calls.

18. The party pf Karibzhanov completely ignored the mediation process, once again proving that they deliberately made false statements in courts, manipulated lawsuits in Kazakhstan, and that the main goal of Aidan is to continue to conceal from Makhpal the locations of the common property that belongs to her by law and to continue to prevent the division of common property by any means. (Exhibit R)

19. Hence, at this moment the requirements given by Decision of the Almaty City Court regarding the necessity to conduct an official mediation procedure have been completely fulfilled, and in accordance with the decision of the Almaty City Court of August 23, 2021, Makhpal now has the legal right to re-file a claim for the division of common property again. (Exhibit S)

**PURSUANT** to New York Civil Practice Law and Rules § 2016, I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands or a territory or insular possession subject to the jurisdiction of the United States, that the foregoing is true and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on: April 13, 2022

YEVGENIY TIKHONOV



**ОКРУЖНОЙ СУД США
ЮЖНОГО ОКРУГА НЬЮ-ЙОРКА**

| | |
|---|---|
| В ПОВТОРНОМ ОБРАЩЕНИИ МАКПАЛ КАРИБЖАНОВОЙ О СУДЕБНОЙ ПОМОЩИ В СООТВЕТСТВИИ С 28 U.S.C. § 1782 | Дело № 1:21-mc-00442-KPF<br>Дело ECF |

## ДЕКЛАРАЦИЯ ЕВГЕНИЯ ТИХОНОВА В ПОДДЕРЖКУ ЗАЯВКИ ДЛЯ СУДЕБНОЙ ПОМОЩИ В СООТВЕТСТВИИ С 28 U.S.C. § 1782

Я, **Евгений Тихонов**, заявляю в соответствии с 28 U.S.C. § 1746 следующее:

1. Я, являюсь адвокатом, обладающим лицензией и практикующим в Казахстане с 2002 года. Мой офис в настоящий момент находится по адресу Республика Казахстан, город Алматы, пр. Назарбаева, 229-18.

2. Мой первый язык - русский. Настоящая Декларация подаётся на двух языках, русском и английском. Я просмотрел английскую версию Декларации с помощью переводчика и подтверждаю, что это верный и точный перевод моей Декларации на русском языке.

3. Махпал Карибжанова наняла меня для представления её интересов в Судах Республики Казахстан в связи с иском о равном разделе общего имущества супругов, приобретенного в браке с Айданом Карибжановым.

АЛМАТИНСКАЯ ГОРОДСКАЯ КОЛЛЕГИЯ АДВОКАТОВ / АЛМАТЫ ҚАЛАЛЫҚ АДВОКАТТАР АЛҚАСЫ / ALMATY BAR

| Адвокатская контора «ДинастиЯ» | «ДинастиЯ» адвокат кеңсесі | Dynasty Law Firm | ☎ +7 727 259 75 79 |
|---|---|---|---|
| Республика Казахстан, 050000, | Қазақстан Республикасы, 050000, | Gogol street, 86, office 721, | ✉ info@dynasty.kz |
| г. Алматы, ул. Гоголя, 86, офис 721 | Алматы қ., Гоголь көш., 86, 721 офисы | Almaty, 050000, Kazakhstan | www.dynasty.kz |

4. Я предоставляю эту Декларацию под присягой, чтобы изложить соответствующую историю и текущий статус исков, которые я подал в Казахстане от имени Махпал Карибжановой с целью равного раздела общего имущества супругов, приобретенного в браке с Айданом Карибжановым.

5. Махпал Карибжанова продолжает иметь законное право подать иск с требованием равного раздела общего имущества супругов согласно казахстанскому законодательству. Более того, согласно казахстанскому законодательству, Махпал Карибжанова продолжает полноправно владеть своей долей в общем имуществе супругов. Это право носит бессрочный характер и действует до тех пор, пока общее имущество не будет разделено путём заключения соответствующего соглашения между супругами или общее имущество не будет разделено в соответствии с решением компетентного суда.

6. В Определении Алматинского городского суда от 23 августа 2021 года указано, что сторонам необходимо разрешить данный спор в порядке медиации и в случае отказа А. Карибжанова от заключения медиативного соглашения и от разрешения спора в порядке медиации, Махпал Карибжанова вправе подать новый иск о разделе общего имущества, приложив подтверждения направленных Айдану Карибжанову предложений о проведении процедуры медиации и разрешение спора в порядке медиации.

7. 2 декабря 2021 года я направил письмо по электронной почте Айдану Карибжанову и его представителям в судебном процессе в Казахстане г-ну Б. Тукулову и г-ну М. Мостовичу с предложением разрешить вопрос о разделе общего имущества супругов либо путём проведения прямых мирных переговоров, либо путём проведения процедуры медиации. Я не получил никакого ответа и никакой реакции на это письмо. (Приложение А)

8. 3 декабря 2021 года я направил письмо по почте Айдану Карибжанову и его представителям в судебном процессе в Казахстане г-ну Б. Тукулову и г-ну М. Мостовичу с предложением разрешить вопрос о разделе общего имущества супругов либо путём проведения прямых мирных переговоров, либо путём проведения процедуры медиации. Письмо по почте было отправлено с получением подтверждения об отправке и доставке. Я не получил никакого ответа и никакой реакции на это письмо. (Приложение B, C)

9. 23 декабря 2021 года я направил письмо по электронной почте Айдану Карибжанову и его представителям в судебном процессе в Казахстане г-ну Б. Тукулову и г-ну М. Мостовичу с уведомлением о том, что поскольку Айдан Карибжанов и его сторона не ответили на предыдущие письма, не назначили Медиатора, и не воспользовалась приоритетным правом, любезно предоставленным нашей стороной, сторона Махпал Карибжановой теперь получает право самостоятельно выбрать и назначить Медиатора. Письмо было отправлено по электронной почте Айдану Карибжанову, а также по электронной почте и через мессенджер WhatsApp его адвокатам Б. Тукулову и М. Мостовичу. Законодательство Казахстана разрешает использование электронной почты и мессенджера WhatsApp для отправки официальных писем и сообщений. Во время пандемии судебные заседания в Казахстане проходили в видеочатах мессенджера WhatsApp. Я не получил никакого ответа и никакой реакции на это письмо и на эти сообщения. (Приложение D)

10. 27 декабря 2021 года я направил письмо по почте Айдану Карибжанову и его представителям в судебном процессе в Казахстане г-ну Б. Тукулову и г-ну М. Мостовичу уведомляя их о том, что, поскольку Айдан Карибжанов и его сторона не ответили на предыдущее письмо и не назначили Медиатора и не воспользовались приоритетным правом, уважительно предоставленным нашей стороной, сторона Махпал Карибжановой теперь получает право самостоятельно выбрать и назначить Медиатора. Письмо по почте было отправлено с получением подтверждения об отправке и доставке. Я не получил никакого ответа и никакой реакции на это письмо. (Приложение E, F)

11. 18 января 2022 года я подписал договор с официальным Медиатором на проведение процедуры медиации. В этот же день, 18 января 2022 года я полностью оплатил услуги Медиатора и направил Медиатору заявку на проведение процесса медиации. (Приложение G, H, I)

12. 18 января 2022 года я направил письмо по электронной почте Айдану Карибжанову и его представителям в судебном процессе в Казахстане г-ну Б. Тукулову и г-ну М. Мостовичу с уведомлением о том, что Медиатор выбран и назначен. Письмо по почте было отправлено 19 января в адрес А. Карибжанова и Б. Тукулова с получением подтверждения об отправке и доставке. Я не получил никакого ответа и никакой реакции на эти письма. (Приложение J, K, L)

13. 19 января 2022 года, назначенный Медиатор направил письмо по почте Айдану Карибжанову с предложением провести процедуру медиации. Письмо было отправлено с получением подтверждения об отправке и доставке. Медиатор не получил никакого ответа и никакой реакции на это письмо. (Приложение M, N)

14. 28 января 2022 года, назначенный Медиатор направил письмо по электронной почте Айдану Карибжанову и его представителю в судебном процессе в Казахстане г-ну М. Мостовичу с предложением провести процесс медиации. Медиатор не получил никакого ответа и никакой реакции на это письмо. (Приложение O)

15. 18 февраля 2022 года, назначенный Медиатор направил текстовое сообщение на мессенджер WhatsApp представителю Айдана Карибжанова в судебном процессе в Казахстане г-ну М. Мостовичу с предложением провести процесс медиации. Медиатор не получил никакого ответа и никакой реакции на это сообщение. (Приложение P)

16. 20 февраля 2022 года, назначенный Медиатор направил письмо по электронной почте Айдану Карибжанову и его представителю в судебном процессе в Казахстане г-ну М. Мостовичу с предложением провести процесс медиации. Медиатор не получил никакого ответа и никакой реакции на это письмо. (Приложение Q)

17 12 апреля 2022 года, я получил от назначенного Медиатора письмо о невозможности проведения процесса медиации в связи с тем, что сторона Айдана Карибжанова не ответила ни на какие физические письма с квитанциями об отправке и доставке, не ответила ни на какие письма, отправленные по электронной почте, не ответила ни на какие сообщения, отправляемые через мессенджер. и не ответила ни на один телефонный звонок. (Приложение R)

18. Таким образом, сторона Айдана Карибжанова полностью проигнорировала процесс медиации, в очередной раз доказав, что они намерено делали ложные заявления в судах о необходимости проведения медиации и тем самым манипулировали судебными процессами в Казахстане.
Также полагаю, что основная цель Айдана Карибжанова – продолжать скрывать от Махпал Карибжановой состав и местонахождение общего

имущества, принадлежащего ей по закону, и продолжать препятствовать разделу общего имущества любыми способами. (Приложение R)

19. Таким образом, в данный момент полностью выполнены требования, указанные в Определении Алматинского городского суда от 23 августа 2021 года о необходимости проведения официальной процедуры медиации, и в соответствии с определением Алматинского городского суда от 23 августа 2021 года Махпал Карибжанова имеет законное право повторно подать иск о разделе общего имущества. (Приложение S)

    **В СООТВЕТСТВИИ** с положениями § 2016 Закона и правил Нью-Йорка о гражданской практике, я подтверждаю, что в соответствии с законами штата Нью-Йорк, которые могут включать штраф или тюремное заключение за лжесвидетельство, я физически нахожусь за пределами географических границ США, Пуэрто Рико, Виргинских островов Соединенных Штатов или территорий или островное владений, подпадающих под юрисдикцию Соединенных Штатов, что вышеизложенное верно, и я понимаю, что этот документ может быть подан в суд.

Оформлено: 13 апреля 2022 года

_____  
                                           ЕВГЕНИЙ ТИХОНОВ

имущества, принадлежащего ей по закону, и продолжать препятствовать разделу общего имущества любыми способами. (Приложение R)

19. Таким образом, в данный момент полностью выполнены требования, указанные в Определении Алматинского городского суда от 23 августа 2021 года о необходимости проведения официальной процедуры медиации, и в соответствии с определением Алматинского городского суда от 23 августа 2021 года Махпал Карибжанова имеет законное право повторно подать иск о разделе общего имущества. (Приложение S)

**В СООТВЕТСТВИИ** с положениями § 2016 Закона и правил Нью-Йорка о гражданской практике, я подтверждаю, что в соответствии с законами штата Нью-Йорк, которые могут включать штраф или тюремное заключение за лжесвидетельство, я физически нахожусь за пределами географических границ США, Пуэрто Рико, Виргинских островов Соединенных Штатов или территорий или островное владений, подпадающих под юрисдикцию Соединенных Штатов, что вышеизложенное верно, и я понимаю, что этот документ может быть подан в суд.

Оформлено: 13 апреля 2022 года

_____  ЕВГЕНИЙ ТИХОНОВ