# Exhibit A

★ **Тихонов Евгений**  🔗                                                              📁 Отправленные - Yevgeniy Tikhonov   2 декабря 2021 г. в 20:32 

Предложение о проведении примирительной процедуры

Кому: Бахыт Тукулов, m.mostovich@bk.ru, karibjanov@gmail.com

Уважаемые господа, добрый день!

По поручению моего доверителя направляю Вам предложение о проведении примирительных процедур по урегулированию во внесудебном порядке спора между М. Карибжановой и А. Карибжановым о разделе общего имущества супругов.

Обращаю Ваше внимание на то, что настоящее письмо я отправил на электронные адреса: bt@tkl.kz – для Тукулова Б., m.mostovich@bk.ru для Мостовича М.А. и karibjanov@gmail.com для Карибжанова А.Т., но я не уверен, что Айдан Табониязович пользуется этим адресом.

Бахыт Азатканович, Максим Александрович, прошу Вас подтвердить получение данного письма, а также сообщить нужно ли отправлять его почтой Айдану Табониязовичу лично.

Если Вы укажите на то, что оно должно быть направлено ему официально почтой, то пожалуйста сообщите его почтовый адрес, на который мы можем отправить ему корреспонденцию.



Письмо-
предл...ур.pdf

С уважением,

**Тихонов Евгений**

Управляющий партнёр, Адвокатская контора «ДинастиЯ»
Адвокат Алматинской городской коллегии адвокатов
Республика Казахстан, город Алматы, 050000, улица Гоголя 86, офис 721
email: yevgeniy.tikhonov@dynasty.kz
моб.тел. +7 701 766 67 66
раб.тел. + 7 727 259 75 79
веб-сайт: www.dynasty.kz

**Yevgeniy Tikhonov**  Sent - Yevgeniy Tikhonov   December 2, 2021 – 20:32
Proposal to conduct a conciliation procedure
To: Bakhyt Tukulov, m.mostovich@bk.ru , karibjanov@gmail.com

Dear sirs, good afternoon!

On behalf of my principal, I am sending you a proposal to conduct conciliation procedures to settle out of court the dispute between M. Karibzhanova and A. Karibzhanov on the issue of the division of the common property of the spouses.

I would like to draw your attention to the fact that I have sent this letter to the following email addresses: bt@tkl.kz - for Tugulov B., m.mostovich@bk.ru for Mostovich M.A. and karibjanov@gmail.com for Karibzhanov A.T., but I'm not sure that Aidan Taboniyazovich uses this address.

Bakhyt Azatkanovich, Maxim Alexandrovich, I ask you to confirm receipt of this letter, and tell me whether it is necessary to send it by mail to Aidan Taboniyazovich personally.

If you indicate that it should be sent to him officially by mail, then please provide his postal address to which we can send correspondence to him.



Offer letter …..pdf


Sincerely,
**Yevgeniy Tikhonov**

Managing Partner, Dynasty Law Firm
Lawyer of Almaty City Bar Association
Republic of Kazakhstan, Almaty city, 050000, 86 Gogol Street, office 721
email: vevaeniv.tikhonov@dynasty.kz
mobile phone. +7 701 766 67 66
slave.tel. + 7 727 259 75 79
website: www.dynasty.kz

Текст-перевод документа с русского на английский язык выполнен мной, переводчиком Куспаевым Тулегеном Бауржанулы, 28.08.1994 года рождения, место рождения Алматы, ИИН: 940828300097. город Алматы, Республика Казахстан.
За достоверность перевода ручаюсь.

Подпись: _____

Куспаев Тулеген Бауржанулы

Республика Казахстан, город Алматы, тринадцатое апреля две тысячи двадцать второго года.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan. This is an accurate translation

Signature: _____

Kuspayev Tulegen Baurzhanuly

Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two.

[Page appears to be the reverse side of a document, showing mirrored/bleed-through text. A blue seal stamp is visible, along with a red ribbon and paper seal attachment.]