# Exhibit B

**Карибжанову Айдану Табониязовичу**
абонентский номер сотовой связи: +7 705 111 4040
электронный адрес: karibjanov@gmail.com

<u>Копия представителям Карибжанова А.Т.:</u>

**Тукулову Бахыту Азаткановичу**
абонентский номер сотовой связи: +7 701 929 0493
электронный адрес: bt@tkl.kz

**Мостович Максиму Александровичу**
адрес: г. Алматы, мкр. Самал-2, д. 20, кв. 28
абонентский номер сотовой связи: +7 705 235 90 73
электронный адрес: m.mostovich@bk.ru

От адвоката АГКА
**Тихонова Евгения Сергеевича**
адрес: г. Алматы, пр. Назарбаева, 229-18
абонентский номер сотовой связи: +7 701 766 6766
электронный адрес: yevgeniy.tikhonov@dynasty.kz

действующего от имени и в интересах:
**Карибжановой Махпал Канапиевны**
адрес: г. Нью Йорк, улица Пятая Авеню,
дом 212, апартаменты 3Б
абонентский номер сотовой связи: +1 917 420 1778
электронный адрес: m.karibjanova@gmail.com

Уважаемый Айдан Табониязович,

Как Вам известно я представляю интересы и действую от имени Махпал Карибжановой в отношении её требований о равном разделе общего имущества супругов, которое является совместной собственностью.

Как Вам также известно в Медеуском районном суде города Алматы и Алматинском городском суде рассматривалось гражданское дело по иску Карибжановой М.К. к Вам о разделе общего имущества супругов.

Смотрите на обороте…

23 июня 2021 года от Вашего имени и по Вашему поручению Вашим представителем в судебном процессе г-ном Мостовичем М.А. было заявлено, что Вы не усматриваете наличия спора между Вами и Махпал Карибжановой в отношение равного распределения общего семейного имущества, не получали с её стороны предложений о мирном решении этого вопроса и в связи с этим считаете, что иск предъявлен преждевременно, а все эти вопросы должны быть урегулированы путём подписания соглашения во внесудебном порядке.

На основании этого заявления 23 июня 2021 года Медеуский районный суд города Алматы, а затем и Алматинский городской суд 23 августа 2021 года приняли решение о том, что Махпал Карибжанова обязана обратиться к Вам с предложением решить вопрос о равном разделе общего имущества в порядке медиации, подписав по её итогам соответствующее соглашение.

Из Определения Медеуского районного суда от 23 июня 2021 года и Определения Алматинского городского суда от 23 августа 2021 года следует, что Махпал Карибжанова имеет право вновь обратиться в Медеуский районный суд с исковым заявлением о разделе общего имущества супругов только после того, как письменно обратится к Вам с предложением урегулировать вопрос о разделе общего имущества в порядке внесудебной медиации и только в случае отказа с Вашей стороны разрешить данный вопрос в медиативном порядке.

Так как Ваши представители во время судебного заседания в Медеуском районном суде 23 июня 2021 года и во время судебного заседания в Алматинском городском суде 19 августа и 23 августа 2021 года озвучили Ваше желание урегулировать вопрос о разделе общего имущества в порядке примирительных процедур, я, действуя от имени и в интересах Махпал Карибжановой, предлагаю Вам провести прямые переговоры о разрешении данного вопроса в рамках добровольной внесудебной примирительной процедуры и по итогам этих переговоров подписать соглашение о разделе общего имущества супругов, которое удостоверить у нотариуса.

Если Вы не согласны с нашим предложением о проведение прямых переговоров между Вами и Махпал Карибжановой по вопросу о равном распределении общего имущества супругов, то Вы можете в течение 10 рабочих дней по своему усмотрению выбрать любого профессионального медиатора в Казахстане для проведения между Вами и Махпал Карибжановой процедуры медиации, в этом случае мы будем ждать от Вас или от выбранного

Вами медиатора информацию о месте, дате и времени проведения процедуры медиации.

В соответствии с вышеизложенным я, действуя от имени и по поручению Махпал Карибжановой, предлагаю Вам приостановить рассмотрение всех других ожидающих рассмотрения и потенциальных будущих судебных разбирательств, включая подачу исков, заявлений, ходатайств и других документов о любых дальнейших действиях в Казахстане, Нью-Йорке, или где-либо еще. Махпал Карибжанова также даст поручение своим адвокатам в Нью-Йорке не выдавать никаких дальнейших повесток в суд в Нью-Йорке, на тот период пока мы стремимся мирно урегулировать вопрос о равном распределение общего имущества. Полагаем, что такие отсрочки не наносят ущерба правам обеих сторон на дальнейшие действия даже если медиация не приведёт к успешному результату.

2 декабря 2021 года

**От имени и в интересах Махпал Карибжановой,**

**Адвокат**                                                    **Евгений Тихонов**

Республика Казахстан, город Алматы.
Тринадцатое апреля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии №0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства юстиции Республики Казахстан, свидетельствую верность этой копии с подлинником документа.

В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей не оказалось.

Зарегистрировано в реестре за № 1903

Взыскано: 918 тенге

Нотариус





EC0802823320743112092D2020085

COPY

To **Karibzhanov Aidan Taboniyazovich**
cell phone line number: +7 705 111 4040
email address: karibjanov@gmail.com

<u>Copy to representatives of A.T. Karibzhanov:</u>

**To Tukulov Bakhyt Azatkanovich**
cell phone line number: +7 701 929 0493
email address: bt@tkl.kz

**To Mostovich Maksim Aleksandrovich**
address: Almaty city, Samal-2 mcr.dst, 20, 28 apt.
cell phone line number: +7 705 235 90 73
email address: m.mostovich@bk.ru

From Advocate of ACAA
**Tikhonov Evgeniy Sergeev**
address: Almaty city, Nazarbayev Ave. 229-18
cell phone line number: +7 701 766 6766
email address: yevgeniy.tikhonov@dynasty.kz

acting in the name of and on behalf of:
**Karibzhanova Makhpal Kanapiyevna**
address: New York city, Fifth Avenue Str.,
212 house, 3B apartments
cell phone line number: +1 917 420 1778
email address: m.karibianova@gmail.com

Dear Aidan Taboniyazovich,

As you know, I represent the interests and act in the name of Makhpal Karibzhanova in relation to her demands for an equal division of the common property of the spouses, which is joint property.

As you also know, the Medeu district court of Almaty city and the Almaty city court considered a civil case on the claim of Karibzhanova M.K. to you about the division of the common property of the spouses.

On June 23, 2021, in your name and on your behalf, your representative in the trial, Mr. Mostovich M.A., stated that you do not see the existence of a dispute between you and Makhpal Karibzhanova in relation to the equal distribution of common family property, have not received proposals from her side for a peaceful solution to this issue, and in this regard, you think that the lawsuit was filed prematurely, and all these issues should be settled by signing an agreement out of court.

Based on this statement, on June 23, 2021, the Medeu district court of Almaty city, and then the Almaty city court on August 23, 2021, decided that Makhpal Karibzhanova is obliged to contact you with a proposal to resolve the issue of equal division of common property through mediation, signing a corresponding agreement based on its results.

From the Ruling of the Medeu district court dated June 23, 2021 and the Ruling of the Almaty city court dated August 23, 2021, it follows that Makhpal Karibzhanova has the right to appeal again to the Medeu district Court with a statement of claim for the division of the common property of the spouses only after she addresses you in writing with a proposal to settle the issue of the division of the common property by way of out-of-court mediation and only in case of refusal on your part to resolve this issue in a mediation order.



02020085

**See overleaf…**

Since your representatives during the court session in the Medeu district court on June 23, 2021 and during the court session in the Almaty city court on August 19 and August 23, 2021 voiced your desire to settle the issue of the division of common property in the order of conciliation procedures, I, acting in the name and on behalf of Makhpal Karibzhanova, suggest that you conduct direct negotiations on resolving this issue within the framework of a voluntary extrajudicial conciliation procedure and, following these negotiations, sign an agreement on the division of the common property of the spouses, which you should certify at a notary.

If you do not agree with our proposal to conduct direct negotiations between you and Makhpal Karibzhanova on the issue of equal distribution of the common property of the spouses, then you can, within 10 working days at your discretion, choose any professional mediator in Kazakhstan to conduct mediation between you and Makhpal Karibzhanova, in which case we will wait from you or from the mediator you have chosen, information about the place, date and time of the mediation procedure.

In accordance with the above, I, acting in the name and on behalf of Makhpal Karibzhanova, suggest that you suspend consideration of all other pending and potential future court proceedings, including filing lawsuits, applications, petitions and other documents on any further actions in Kazakhstan, New York, or elsewhere. Makhpal Karibzhanova will also instruct her lawyers in New York not to issue any further subpoenas to the court in New York, for the period while we seek to peacefully settle the issue of equal distribution of common property. We believe that such postponements do not prejudice the rights of both parties to further actions, even if mediation does not lead to a successful result.

December 2, 2021

**In the name of and on behalf of Makhpal Karibzhanova,**

**Advocate**          /Signature/                    **Evgeniy Tikhonov**

**Seal:** /Republic of Kazakhstan, Almaty city * «Dynasty law firm» private institution/

Republic of Kazakhstan, Almaty city.

The thirteenth of April, year two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of December 29 2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of this copy with the original document. The latter is free from erasures, additions, strikeout words and other not specified corrections or peculiarities.

Reg. No 1903

Paid: 306 KZT

Notary

Текст-перевод документа с русского на английский язык выполнен мной, переводчиком Куспаевым Тулегеном Бауржанулы, 28.08.1994 года рождения, место рождения Алматы, ИИН: 940828300097. город Алматы, Республика Казахстан.

Подпись: _____

Куспаев Тулеген Бауржанулы

Республика Казахстан, город Алматы, тринадцатое апреля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии № 0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства юстиции Республики Казахстан, свидетельствую подлинность подписи, совершенной переводчиком Куспаевым Тулегеном Бауржанулы. Личность, подписавшего документ, установлена, дееспособность и полномочия проверены.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan.

Signature: _____

Kuspayev Tulegen Baurzhanuly

Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of 29.12.2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of the foregoing signature made by the translator Mr. Kuspayev Tulegen Baurzhanuly. I hereby also certify that identity of the person signed this document as well as capability and powers were verified.

Зарегистрировано в реестре за № / Reg. No 1813
Взыскано / Paid: 1624 тенге/KZT

Нотариус / Notary _____





ET080282352090449324 9P7650041
Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия