# Exhibit C

**Карибжанову Айдану Табониязовичу**
абонентский номер сотовой связи: +7 705 111 4040
электронный адрес: karibjanov@gmail.com

Копия представителям Карибжанова А.Т.:

**Тукулову Бахыту Азаткановичу**
абонентский номер сотовой связи: +7 701 929 0493
электронный адрес: bt@tkl.kz

**Мостович Максиму Александровичу**
адрес: г. Алматы, мкр. Самал-2, д. 20, кв. 28
абонентский номер сотовой связи: +7 705 235 90 73
электронный адрес: m.mostovich@bk.ru

От адвоката АГКА
**Тихонова Евгения Сергеевича**
адрес: г. Алматы, пр. Назарбаева, 229-18
абонентский номер сотовой связи: +7 701 766 6766
электронный адрес: yevgeniy.tikhonov@dynasty.kz

действующего от имени и в интересах:
**Карибжановой Махпал Канапиевны**
адрес: г. Нью Йорк, улица Пятая Авеню,
дом 212, апартаменты 3Б
абонентский номер сотовой связи: +1 917 420 1778
электронный адрес: m.karibjanova@gmail.com

Уважаемый Айдан Табониязович,

Как Вам известно я представляю интересы и действую от имени Махпал Карибжановой в отношении её требований о равном разделе общего имущества супругов, которое является совместной собственностью.

Как Вам также известно в Медеуском районном суде города Алматы и Алматинском городском суде рассматривалось гражданское дело по иску Карибжановой М.К. к Вам о разделе общего имущества супругов.

23 июня 2021 года от Вашего имени и по Вашему поручению Вашим представителем в судебном процессе г-ном Мостовичем М.А. было заявлено, что Вы не усматриваете наличия спора между Вами и Махпал Карибжановой в отношение равного распределения общего семейного имущества, не получали с её стороны предложений о мирном решении этого вопроса и в связи с этим считаете, что иск предъявлен преждевременно, а все эти вопросы должны быть урегулированы путём подписания соглашения во внесудебном порядке.

На основании этого заявления 23 июня 2021 года Медеуский районный суд города Алматы, а затем и Алматинский городской суд 23 августа 2021 года приняли решение о том, что Махпал Карибжанова обязана обратиться к Вам с предложением решить вопрос о равном разделе общего имущества в порядке медиации, подписав по её итогам соответствующее соглашение.

Из Определения Медеуского районного суда от 23 июня 2021 года и Определения Алматинского городского суда от 23 августа 2021 года следует, что Махпал Карибжанова имеет право вновь обратиться в Медеуский районный суд с исковым заявлением о разделе общего имущества супругов только после того, как письменно обратится к Вам с предложением урегулировать вопрос о разделе общего имущества в порядке внесудебной медиации и только в случае отказа с Вашей стороны разрешить данный вопрос в медиативном порядке.

Так как Ваши представители во время судебного заседания в Медеуском районном суде 23 июня 2021 года и во время судебного заседания в Алматинском городском суде 19 августа и 23 августа 2021 года озвучили Ваше желание урегулировать вопрос о разделе общего имущества в порядке примирительных процедур, я, действуя от имени и в интересах Махпал Карибжановой, предлагаю Вам провести прямые переговоры о разрешении данного вопроса в рамках добровольной внесудебной примирительной процедуры и по итогам этих переговоров подписать соглашение о разделе общего имущества супругов, которое удостоверить у нотариуса.

Если Вы не согласны с нашим предложением о проведение прямых переговоров между Вами и Махпал Карибжановой по вопросу о равном распределении общего имущества супругов, то Вы можете в течение 10 рабочих дней по своему усмотрению выбрать любого профессионального медиатора в Казахстане для проведения между Вами и Махпал Карибжановой процедуры медиации, в этом случае мы будем ждать от Вас или от выбранного

Вами медиатора информацию о месте, дате и времени проведения процедуры медиации.

В соответствии с вышеизложенным я, действуя от имени и по поручению Махпал Карибжановой, предлагаю Вам приостановить рассмотрение всех других ожидающих рассмотрения и потенциальных будущих судебных разбирательств, включая подачу исков, заявлений, ходатайств и других документов о любых дальнейших действиях в Казахстане, Нью-Йорке, или где-либо еще. Махпал Карибжанова также даст поручение своим адвокатам в Нью-Йорке не выдавать никаких дальнейших повесток в суд в Нью-Йорке, на тот период пока мы стремимся мирно урегулировать вопрос о равном распределение общего имущества. Полагаем, что такие отсрочки не наносят ущерба правам обеих сторон на дальнейшие действия даже если медиация не приведёт к успешному результату.

2 декабря 2021 года

От имени и в интересах Махпал Карибжановой,

**Адвокат**                                                   **Евгений Тихонов**

# PONY EXPRESS

## Накладная (экспедиторская расписка) — 27-6049-4638

**Дата:** 02.12 **Время:** 15:30 **DELP:** ALA

### Отправитель / Shipper
- **Ф.И.О. отправителя:** Шихов Е.С.
- **Телефон:** +7 701 766 67 66
- **Страна:** РК
- **Город:** Алматы
- **Улица, дом:** пр. Назарбаева 225, 18
- **ИНН / TAX ID:** 790531300832

**Описание вложения:** ☑ Только документы

**Примечание отправителя:** уведомление о медиации для А. Карюкина

### Получатель / Receiver
- **Ф.И.О. получателя:** Тукулов Б.
- **Компания:** TUKULOV & KASSILGOV
- **Телефон:** +7 701 929 49 3_
- **Страна:** РК
- **Город:** Алматы
- **Улица, дом:** Кунаева 77

### Описание отправления
- **Количество мест:** 1
- **Общий вес:** 0,1

### Услуги и тарифы
- ☑ Эконом / Econom
- ☑ Плательщик: Отправитель / Shipper
- ☑ Наличными / Cash

**Код безопасности:** 18243

---

## Накладная (экспедиторская расписка) — 27-6049-4627

**Дата:** 02.12 **Время:** 15:30 **DELP:** ALA

### Отправитель / Shipper
- **Ф.И.О. отправителя:** Шихов Е.С.
- **Телефон:** +7 701 766 67 66
- **Страна:** РК
- **Город:** Алматы
- **Улица, дом:** пр. Назарбаева 225, 18
- **ИНН / TAX ID:** 790531300832

**Описание вложения:** ☑ Только документы

**Примечание отправителя:** уведомление о медиации для А. Карюкина

### Получатель / Receiver
- **Ф.И.О. получателя:** Постовой И.
- **Телефон:** +7 705 23_ 07 3_
- **Страна:** РК
- **Город:** Алматы
- **Улица, дом:** мкр Самал 2, д. 30, кв 28

### Описание отправления
- **Количество мест:** 1
- **Общий вес:** 0,1

### Услуги и тарифы
- ☑ Эконом / Econom
- ☑ Плательщик: Отправитель / Shipper
- ☑ Наличными / Cash

# PONY EXPRESS

**Накладная (экспедиторская расписка)**

Дата: 12.21 Время: 12:50 DELP A

27-6049-4682

## Отправитель / Shipper

- Код отправителя / Shipper's code:
- Ф.И.О. отправителя / Shipper's name: Тихонов Е.С.
- Компания / Company:
- Телефон / Phone: 7 701 766 67 66
- Страна / Country: РК
- Город / City: Алматы
- Индекс / Postal code:
- Респ., край, обл. / Region:
- Район / Area:
- Улица, дом / Street, Building: пр Назарбаева 225-18
- ИНН / TAX ID / VAT: 750531300832
- КПП / KPP (RUS):
- Описание вложения / Description of contents: ☑ Только документы / Only documents
- Примечание отправителя / Shipper's reference: Предложение меценату
- E-mail:
- От ПВЗ / From Service Point:
- Телефон для SMS-уведомлений / Phone for SMS notification:

## Получатель / Receiver

- Код получателя / Receiver's code:
- Ф.И.О. получателя / Receiver's name: Карибжанов А.Т.
- Компания / Company:
- Телефон / Phone: 7 705 111 40 40
- Страна / Country: РК
- Город / City: Алматы
- Индекс / Postal code:
- Респ., край, обл. / Region:
- Район / Area:
- Улица, дом / Street, Building: Кореи Жанибек улидар 470/20
- ИНН / TAX ID / VAT:
- КПП / KPP (RUS):
- E-mail:
- До ПВЗ / To Service Point:

## Описание отправления / Shipment details

- Количество мест / Pieces: 1
- Общий вес / Total weight: 41

## Услуги и тарифы / Services & charges

Режим доставки / Services:
- ☐ Экспресс 10:00 / Express 10:00
- ☐ Экспресс / Express
- ☐ Экспресс 13:00 / Express 13:00
- ☐ Эконом / Econom
- ☐ Экспресс 18:00 / Express 18:00
- ☐ Прямая машина / Direct truck
- ☐ Экспресс-конверт / Express packet

## Плательщик / Payer

- ☑ Отправитель / Shipper
- ☐ Получатель / Receiver
- ☐ 3-я сторона / 3rd party
- ☐ Наличными / Cash
- ☐ По счету / Invoice

8 800 234 22 40
PONYEXPRESS.RU

27-6049-4682