# Exhibit D

Уважаемый Айдан Табониязович,

Как Вам известно ранее в Медеуском районном суде и Алматинском городском суде Вы заявляли о своём желании урегулировать спор по иску Махпал Карибжановой о разделе имущества в порядке медиации.

2 декабря 2021 года мной, по поручению Махпал Карибжановой, было направлено Вам предложение самостоятельно в приоритетном порядке выбрать медиатора в течение 10 (десяти) рабочих дней, для того чтобы провести соответствующую медиативную процедуру.

Однако по прошествии 10 (десяти) рабочих дней от Вас не последовало никакой реакции на наше письмо о проведение медиации и профессиональный медиатор также вами не был назначен.

В этой связи довожу до Вашего сведения, что моим доверителем, Махпал Карибжановой, принято решение о выборе медиатора самостоятельно, так как в Определениях Медеуского районного суда и Алматинского городского суда прямо не указано, какая из сторон должна назначить профессионального медиатора, а Вы не воспользовались предложенным Вам приоритетным правом назначить медиатора.

Таким образом, в течении следующих 10 (десяти) рабочих дней Маклал Карибжановой и мною будет выбран профессиональный медиатор для проведения медиативной процедуры между Махпал Карибжановой и Вами, в соответствии с Определениями Медеуского районного суда, Алматинского городского суда и вашими Ходатайствами. О выборе и назначение нами профессионального медиатора для проведения медиативной процедуры мы сообщим Вам письменно в следующем письме в течение 10 (десяти) рабочих дней.

С уважением,

**Тихонов Евгений**

Управляющий партнёр, Адвокатская контора «ДинастиЯ»
Адвокат Алматинской городской коллегии адвокатов
Республика Казахстан, город Алматы, 050000, улица Гоголя 86, офис 721
email: yevgeniy.tikhonov@dynasty.kz
мобтел. +7 701 766 67 66
раб.тел. + 7 727 259 75 79
веб-сайт: www.dynasty.kz

Dear Aidan Taboniyazovich,

As you know, earlier in the Medeu District Court and the Almaty City Court you stated your desire to settle the dispute over the claim of Makhpal Karibzhanova on the division of property by mediation.

On December 2, 2021, on behalf of Makpal Karibzhanova, I sent you a proposal to independently select a mediator as a priority within 10 (ten) working days in order to conduct the appropriate mediation procedure.

However, after 10 (ten) working days, there was no reaction from you to our letter about mediation and a professional mediator was also not appointed by you.

In this regard, I bring to your attention that my principal, Makhpal Karibzhanova, decided to choose a mediator independently, since the Definitions of the Medeu District Court and the Almaty City Court do not explicitly indicate which of the parties should appoint a professional mediator, and you did not use the priority right offered to you to appoint a mediator.

Thus, within the next 10 (ten) working days, Makpal Karibzhanova and I will select a professional mediator to conduct a mediation procedure between Makpal Karibzhanova and you, in accordance with the Definitions of the Medeu District Court, the Almaty City Court and your Petitions. We will inform you in writing about the selection and appointment of a professional mediator for conducting a mediation procedure in the following letter within 10 (ten) working days.

Sincerely,
**Yevgeniy Tikhonov**

Managing Partner, Dynasty Law Firm
Lawyer of Almaty City Bar Association
Republic of Kazakhstan, Almaty city, 050000, 86 Gogol Street, office 721
email: yevaeniv.tikhonov@dynastv.kz
mobile phone. +7 701 766 67 66
slave.tel. + 7 727 259 75 79
website: www.dynastv.kz

Текст-перевод документа с русского на английский язык выполнен мной, переводчиком Куспаевым Тулегеном Бауржанулы, 28.08.1994 года рождения, место рождения Алматы, ИИН: 940828300097. город Алматы, Республика Казахстан.

За достоверность перевода ручаюсь.

Подпись: _____

Куспаев Тулеген

Бауржанулы

Республика Казахстан, город Алматы, тринадцатое апреля две тысячи двадцать второго года.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan. This is an accurate translation

Signature: _____

Kuspayev Tulegen

Baurzhanuly

Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two.