# Exhibit E

Карибжанову Айдану Табониязовичу
абонентский номер сотовой связи: +7 705 111 4040
электронный адрес: karibjanov@gmail.com
г АЛМАТЫ, ул. Керей, Жәнібек хандар, 470/20

Копия представителям Карибжанова А.Т..

Тукулову Бахыту Азатканович
абонентский номер сотовой связи: +7 701 929 0493
электронный адрес: bt@tkl.kz
г АЛМАТЫ, ул. Кунаева, 77

Мостович Максиму Александровичу
адрес: г Алматы, мкр. Самал-2, д. 20, кв. 28
абонентский номер сотовой связи: +7 705 235 90 73
электронный адрес: m.mostovich@bk.ru

От адвоката АГКА
Тихонова Евгения Сергеевича
адрес: г Алматы, пр. Назарбаева, 229-18
абонентский номер сотовой связи: +7 701 766 6766
электронный адрес: yevgeniy.tikhonov@dynasty.kz

действующего от имени и в интересах:
Карибжановой Махпал Канапиевны
адрес: г Нью Йорк, улица Пятая Авеню,
дом 212, апартаменты 3Б
абонентский номер сотовой связи: +1 917 420 1778
электронный адрес: m.karibjanova@gmail.com

Уважаемый Айдан Табониязович,

Как Вам известно ранее в Медеуском районном суде и Алматинском городском суде Вы заявляли о своём желании урегулировать спор по иску Махпал Карибжановой о разделе имущества в порядке медиации.

2 декабря 2021 года мной, по поручению Махпал Карибжановой, было направлено Вам предложение самостоятельно в приоритетном порядке

Смотрите на обороте…

выбрать медиатора в течение 10 (десяти) рабочих дней, для того чтобы провести соответствующую медиативную процедуру
Однако по прошествии 10 (десяти) рабочих дней от Вас не последовало никакой реакции на наше письмо о проведение медиации и профессиональный медиатор также вами не был назначен.

В этой связи довожу до Вашего сведения, что моим доверителем, Махпал Карибжановой, принято решение о выборе медиатора самостоятельно, так как в Определениях Медеуского районного суда и Алматинского городского суда прямо не указано, какая из сторон должна назначить профессионального медиатора, а Вы не воспользовались предложенным Вам приоритетным правом назначить медиатора.

Таким образом, в течении следующих 10 (десяти) рабочих дней Макпал Карибжановой и мною будет выбран профессиональный медиатор для проведения медиативной процедуры между Махпал Карибжановой и Вами, в соответствии с Определениями Медеуского районного суда, Алматинского городского суда и вашими Ходатайствами. О выборе и назначение нами профессионального медиатора для проведения медиативной процедуры мы сообщим Вам письменно в следующем письме в течение 10 (десяти) рабочих дней.

23 декабря 2021 года

**От имени и в интересах Махпал Карибжановой,**

**Адвокат**                                                                 **Евгений Тихонов**

Республика Казахстан, город Алматы.
Тринадцатое апреля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии №0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства юстиции Республики Казахстан, свидетельствую верность этой копии с подлинником документа.

В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей не оказалось.

Зарегистрировано в реестре за № 1905

Взыскано: 612 тенге

Нотариус



EC0802823460182338446D2020085

Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия

**COPY**

**To Karibzhanov Aidan Taboniyazovich**
cell phone line number: +7 705 111 4040
email address: karibjanov@gmail.com
ALMATY city, Kerei, Zhanibek khandar Str., 470/20

Copy to representatives of A.T. Karibzhanov:

**To Tukulov Bakhyt Azatkanovich**
cell phone line number: +7 701 929 0493
email address: bt@tkl.kz
ALMATY city, Kunaev Str., 77

**To Mostovich Maksim Aleksandrovich**
address: Almaty city, Samal-2 mcr.dst, 20, 28 apt.
cell phone line number: +7 705 235 90 73
email address: m.mostovich@bk.ru

From Advocate of ACAA
**Tikhonov Evgeniy Sergeev**
address: Almaty city, Nazarbayev Ave. 229-18
cell phone line number: +7 701 766 6766
email address: yevgeniy.tikhonov@dynasty.kz

acting in the name of and on behalf of:
**Karibzhanova Makhpal Kanapiyevna**
address: New York city, Fifth Avenue Str.,
212 house, 3B apartments
cell phone line number: +1 917 420 1778
email address: m.karibianova@gmail.com

Dear Aidan Taboniyazovich,

As you know, earlier in the Medeu district court and the Almaty city court you stated your desire to settle the dispute over the claim of Makhpal Karibzhanova on the division of property through mediation.

On December 2, 2021, on behalf of Makhpal Karibzhanova, I sent you a proposal to independently choose a mediator as a priority within 10 (ten) working days in order to conduct the appropriate mediation procedure.

However, after 10 (ten) working days, there was no reaction from you to our letter about mediation and a professional mediator was also not appointed by you.

In this regard, I would like to inform you that my principal, Makhpal Karibzhanova, decided to choose a mediator independently, since the Rulings of the Medeu district court and the Almaty city court do not explicitly state which of the parties should appoint a professional mediator, and you did not use the priority right offered to you to appoint a mediator.

Thus, within the next 10 (ten) working days, Makhpal Karibzhanova and I will choose a professional mediator to conduct a mediation procedure between Makhpal Karibzhanova and you, in accordance with the Rulings of the Medeu district dourt, the Almaty city court and your Petitions. We will inform you in writing about the selection and appointment of a professional mediator for conducting a mediation procedure in the following letter within 10 (ten) working days.

December 23, 2021

**In the name of and on behalf of Makhpal Karibzhanova,**

Advocate        /Signature/        **Evgeniy Tikhonov**



See overleaf...

Republic of Kazakhstan, Almaty city.

The thirteenth of April, year two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of December 29 2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of this copy with the original document. The latter is free from erasures, additions, strikeout words and other not specified corrections or peculiarities.

Reg. No 1905

Paid: 612 KZT

Notary

| | |
|---|---|
| Текст-перевод документа с русского на английский язык выполнен мной, переводчиком Куспаевым Тулегеном Бауржанулы, 28.08.1994 года рождения, место рождения Алматы, ИИН: 940828300097. город Алматы, Республика Казахстан. | I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan. |
| Подпись: _Куспаев Тулеген Бауржанулы_ | Signature: _Kuspayev Tulegen Baurzhanuly_ |
| Республика Казахстан, город Алматы, тринадцатое апреля две тысячи двадцать второго года. | Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two. |
| Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии № 0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства Юстиции Республики Казахстан, свидетельствую подлинность подписи, совершенной переводчиком Куспаевым Тулегеном Бауржанулы. Личность, подписавшего документ, установлена, дееспособность и полномочия проверены. | I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of 29.12.2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of the foregoing signature made by the translator Mr. Kuspayev Tulegen Baurzhanuly. I hereby also certify that identity of the person signed this document as well as capability and powers were verified. |

Зарегистрировано в реестре за № / Reg. No _1985_
Взыскано / Paid: 1624 тенге/KZT

Нотариус / Notary _____

Пронумеровано, прошнуровано

на ____________ листах

Нотариус

ET0802823660344661775P7650041

Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия

