# Exhibit F

**Карибжанову Айдану Табониязовичу**
абонентский номер сотовой связи: +7 705 111 4040
электронный адрес: karibjanov@gmail.com
г АЛМАТЫ, ул. Керей, Жәнібек хандар, 470/20

Копия представителям Карибжанова А.Т..

**Тукулову Бахыту Азаткановичу**
абонентский номер сотовой связи: +7 701 929 0493
электронный адрес: bt@tkl.kz
г АЛМАТЫ, ул. Кунаева, 77

**Мостович Максиму Александровичу**
адрес: г Алматы, мкр. Самал-2, д. 20, кв. 28
абонентский номер сотовой связи: +7 705 235 90 73
электронный адрес: m.mostovich@bk.ru

От адвоката АГКА
**Тихонова Евгения Сергеевича**
адрес: г Алматы, пр. Назарбаева, 229-18
абонентский номер сотовой связи: +7 701 766 6766
электронный адрес: yevgeniy.tikhonov@dynasty.kz

действующего от имени и в интересах:
**Карибжановой Махпал Канапиевны**
адрес: г Нью Йорк, улица Пятая Авеню,
дом 212, апартаменты 3Б
абонентский номер сотовой связи: +1 917 420 1778
электронный адрес: m.karibjanova@gmail.com

Уважаемый Айдан Табониязович,

Как Вам известно ранее в Медеуском районном суде и Алматинском городском суде Вы заявляли о своём желании урегулировать спор по иску Махпал Карибжановой о разделе имущества в порядке медиации.

2 декабря 2021 года мной, по поручению Махпал Карибжановой, было направлено Вам предложение самостоятельно в приоритетном порядке

выбрать медиатора в течение 10 (десяти) рабочих дней, для того чтобы провести соответствующую медиативную процедуру
Однако по прошествии 10 (десяти) рабочих дней от Вас не последовало никакой реакции на наше письмо о проведение медиации и профессиональный медиатор также вами не был назначен.

В этой связи довожу до Вашего сведения, что моим доверителем, Махпал Карибжановой, принято решение о выборе медиатора самостоятельно, так как в Определениях Медеуского районного суда и Алматинского городского суда прямо не указано, какая из сторон должна назначить профессионального медиатора, а Вы не воспользовались предложенным Вам приоритетным правом назначить медиатора.

Таким образом, в течении следующих 10 (десяти) рабочих дней Макпал Карибжановой и мною будет выбран профессиональный медиатор для проведения медиативной процедуры между Махпал Карибжановой и Вами, в соответствии с Определениями Медеуского районного суда, Алматинского городского суда и вашими Ходатайствами. О выборе и назначение нами профессионального медиатора для проведения медиативной процедуры мы сообщим Вам письменно в следующем письме в течение 10 (десяти) рабочих дней.

23 декабря 2021 года

**От имени и в интересах Махпал Карибжановой,**

**Адвокат**                                           **Евгений Тихонов**

# PONY EXPRESS

## Накладная №1: 29-8982-8490

**Отправитель / Shipper**
- Ф.И.О.: Тихонов Е
- Телефон: 7 701 766 67 66
- Город: Алматы
- Улица, дом: пр. Назарбаева 225-18
- ИНН / TAX ID: 790531300832
- Описание вложения: Процедура медиации
- E-mail: es.tikhonov@cmail...

**Получатель / Receiver**
- Ф.И.О.: Курбатова А.Т.
- Телефон: 8 705 111 40 40
- Страна: РК
- Город: Алматы
- Улица: Керей Жәнібек хандар, 470/20

**Описание отправления**
- Количество мест: 1

**Услуги и тарифы**
- Эконом ✓
- Объявленная ценность: 1407

**Плательщик / Payer**: Отправитель / Cash ✓

---

## Накладная №2: 29-8982-8468

**Отправитель / Shipper**
- Ф.И.О.: Тихонов Е
- Телефон SMS: 8 701 766 67 66
- Страна: РК
- Город: Алматы
- Улица, дом: пр. Назарбаева 225 кв.18
- ИНН / TAX ID: 790531300832
- Описание вложения: Процедура медиации

**Получатель / Receiver**
- Ф.И.О.: Мостовая О.А.
- Страна: РК
- Город: Алматы
- Улица: мкр. Самал 2, дом 20 кв.28

**Описание отправления**
- Количество мест: 1

**Услуги и тарифы**
- Эконом ✓

**Плательщик / Payer**: Наличными / Cash ✓



# PONY EXPRESS

**Накладная (экспедиторская расписка)** 29-8982-8479

DELP

## Отправитель / Shipper

- Ф.И.О. отправителя / Shipper's name: Тихонов Е.Г.
- Телефон / Phone SMS: 7701 766 6766
- Страна / Country: DK
- Город / City: Алматы
- Улица, дом / Street, Build: пр. Назарбаева 229 кв 18
- ИНН / TAX ID / VAT: 790531300832
- Описание вложения / Description of contents: Процедура медосмотра

## Получатель / Receiver

- Ф.И.О. получателя / Receiver's name: Тукулов Б.
- Телефон / Phone: 8 701 9290493
- Страна / Country: DK
- Город / City: Алматы
- Улица, дом / Street, Building: Куновая 77

## Описание отправления / Shipment details

- Количество мест / Pieces: 1
- Общий вес / Total weight: 0.3

## Услуги и тарифы / Services & charges

- Режим доставки / Services: Эконом / Econom ✓
- Плательщик / Payer: Отправитель / Shipper ✓, Наличными / Cash ✓

**29-8982-8479**

8 800 234 22 40
PONYEXPRESS.RU

Копия отправителя / Sender's copy