# Exhibit G

## ДОГОВОР НА ПРОВЕДЕНИЕ МЕДИАЦИИ

Город Алматы,                                                                                    18.01.2022

Мы нижеподписавшиеся:

ЧУ «Казахстанский Центр Медиации», некоммерческая организация профессиональных медиаторов, в лице директора Виговской Ирины Николаевны, действующей на основании Устава, именуемое в дальнейшем по тексту «Центр»;

и

Карибжанова Махпал Канапиевна, именуемый (-ая) в дальнейшем по тексту Сторона-1;, от имени и в интересах которой на основании доверенности от 9.04.2021 года действует адвокат Тихонов Е.С.

и

Карибжанов Айдан Табониязович, именуемый (-ая) в дальнейшем по тексту Сторона-1;

### Раздел 1. Существенные условия Договора.

11.1 Сторона -1 и Сторона-2 совместно в дальнейшем по тексту именуются «Стороны»;

11.2 Сторона -1 и Сторона-2, медиаторы, совместно в дальнейшем по тексту именуются «участники медиации»;

11.3 Сведения о медиаторе (медиаторах) выбранном (выбранных) Сторонами:

Медиация проводится с участием медиаторов:

- медиатор Виговская И.Н. (сертификат, членство в реестре),

В целях единообразного толкования, даже если в медиации участвуют несколько медиаторов, в дальнейшем по тексту Договора они будут именоваться «Медиатор».

11.4 Стороны подтверждают, что Медиатор выбран Сторонами добровольно, по взаимному согласию и, участие Сторон в медиации является взаимным и добровольным волеизъявлением.

11.5 Предмет спора (конфликта): спор о разделе общего имущества супругов

11.6 Срок проведения медиации до: 04.03.2022

### Раздел 2. Предмет Договора.

2.1 В соответствии с условиями Договора Медиатор независимое физическое лицо, привлекаемое Сторонами для проведения процедуры медиации, оказывающее услуги на профессиональной основе.

2.2 Объем и условия оказания услуг определяются Договором.

2.3 Стороны принимают услуги, оказываемые Медиатором, и оплачивают расходы по проведению медиации, включающие вознаграждение Медиатора, а так же согласованный Участниками медиации предварительный размер расходов, связанных с проведением процедуры медиации, а также сумму согласованных расходов, превышающих предварительную, в соответствии с Разделом 8 Договора.

2.4 Целью процедуры медиации является достижение варианта разрешения спора (конфликта), устраивающего обе Стороны медиации и снижение уровня конфликтности.

2.5 Медиация проводится на основе принципов: добровольности, равноправия сторон медиации, независимости и беспристрастности Медиатора, недопустимости вмешательства в процедуру медиации, конфиденциальности, а также в соответствии с Регламентом проведения медиации, утвержденным Центром, Законом РК «О медиации» и Европейским Кодексом этики медиаторов.

2.6 С подписанием Договора Стороны подтверждают, что им разъяснены порядок, правила и принципы процедуры медиации, сформулированные в Регламенте, Кодексе этики и предусмотренные законодательством РК.

### Раздел 3. Действия Центра.

3.1. Проконсультировавшись со Сторонами и их представителями, Центр будет в установленном порядке выполнять следующие действия:

- 3.1.1 Организовывать и проводить встречи с любой Стороной (всеми Сторонами) до проведения медиации, если Стороны посчитают необходимым и изъявят желание или если Центр решит, что это необходимо и Стороны согласятся.
- 3.1.2 Изучать перед началом медиации документы, представленные сторонами.
- 3.1.3 Предлагать кандидатуры Медиатора для проведения медиации.
- 3.1.4 Разъяснять порядок, правила и принципы проведения медиации.
- 3.1.5 При необходимости по согласованию со Сторонами или по просьбе Сторон, выраженной в письменной форме запрашивать (привлекать) независимых консультантов.
- 3.1.6 Проводить необходимые приготовления к медиации, в том числе:
  - подготовить проект Договора;
  - обеспечить согласование со Сторонами разделение расходов;
  - организовать место проведения встреч, согласовать даты;

Центр _____  Сторона 1 _____  Сторона 2 _____

### Смотрите на обороте...

- организовать обмен и ознакомление с обстоятельствами дела и документами;
- организовать встречи со Сторонами по отдельности или со всеми одновременно, чтобы обсудить любые вопросы или дела, связанные с медиацией;
- осуществлять общее управление делами в связи с проведением медиации.

3.2 Действия, указанные в настоящем Разделе имеет право осуществлять Медиатор.

### Раздел 4. Действия Медиатора.

4.1 Медиатор, проконсультировавшись со Сторонами и их представителями, будет в установленном порядке выполнять следующие действия:

4.1.1 посещать встречи с любой Стороной (всеми Сторонами) до проведения медиации во время процедуры медиации, если Стороны посчитают необходимым и изъявят желание или если Медиатор решит, что это необходимо и Стороны согласятся;

4.1.2 изучать перед началом медиации документы представленные сторонами;

4.1.3 председательствовать во время медиации и определять ее процедуру;

4.1.4 при необходимости запрашивать (привлекать) независимых консультантов;

4.1.5 при необходимости принимать участие в подготовке соглашения(-ний)об урегулировании спора (конфликта) нацеленного(-ых) на решение проблемы. При этом условия Соглашения(-ий) об урегулировании спора (конфликта) формулируются Сторонами.

4.2 Медиатор не будет в течении срока действия данного Договора представлять в связи с данным конфликтом любым способом любую из отдельно взятых Сторон. Стороны соглашаются с тем, что Медиатор не является представителем любой из Сторон и не действует каким-либо способом в интересах любой Стороны.

4.3 Медиатор в случае необходимости проведет необходимые приготовления к медиации, в том числе:
- завершит оформление Договора;
- обеспечит согласование со Сторонами разделение расходов;
- организует место проведения встреч или даты;
- организует обмен информацией об обстоятельствах дела и документами;
- организует встречи со Сторонами по отдельности или со всеми одновременно, чтобы обсудить любые вопросы или дела, связанные с медиацией;
- будет осуществлять общее управление делами в связи с проведением медиации.

4.4. Медиатор имеет право:
- отказаться от проведения медиации, если, по его мнению, дальнейшие усилия в процессе ее проведения не приведут к разрешению спора (конфликта) между Сторонами, либо прекратить медиацию с согласия Сторон, закрепленного в письменной форме;
- отложить проведение медиации с тем, чтобы дать Сторонам возможность обдумать конкретные предложения, получить дальнейшую информацию или по любым другим причинам, которые, по мнению Медиатора, могут способствовать развитию процесса медиации, при этом медиация будет продолжаться далее только с согласия Сторон.

4.5 Медиатор обязан в случае возникновения обстоятельств, препятствующих Медиатору осуществлять свои функции в соответствии с принципами медиации, незамедлительно заявить самоотвод, с письменным уведомлением Сторон с указанием причины самоотвода, при этом если Медиатор отказывается от проведения медиации в силу обстоятельств, препятствующих его беспристрастности, он обязан возвратить выплаченные ему Сторонами денежные суммы, за исключением документально подтвержденных расходов, связанных с проведением процедуры медиации.

4.6 Медиатор имеет другие права и несет другие обязанности, установленные действующим законодательством.

### Раздел 5. Участники Медиации и обмен информацией.

5.1 Стороны соглашаются с тем, что лица, участвующие в медиации, будут обладать всеми необходимыми полномочиями для самостоятельного урегулирования конфликта. Если существуют какие-либо ограничения полномочий этих лиц, их необходимо обсудить с Медиатором до начала медиации.

5.2 Стороны берут на себя обязательства проинформировать Медиатора до начала медиации обо всех лицах, которые будут присутствовать в ходе медиации от каждой из Сторон, включая представителей, консультантов и т.д.

5.3 Каждая из Сторон подготовит и отправит другой Стороне (другим Сторонам) и Медиатору достаточное количество копий следующих документов:
- краткое изложение предмета спора (обстоятельства дела);
- все документы, на которые есть ссылка в обстоятельствах дела, и другие документы, на которые Сторона, возможно, захочет сослаться в ходе медиации.

Центр _____ Сторона 1 _____ Сторона 2 _____

5.4 Каждая Сторона также может предоставить Медиатору дальнейшую документацию, с которой эта Сторона хочет ознакомить Медиатора, при этом в письменной форме четко указывается, что эта **документация является конфиденциальной**.

5.5 Стороны медиации обладают следующими правами:

5.5.1 В ходе медиации Стороны вправе по своему усмотрению распоряжаться своими материальными и процессуальными правами, увеличить или уменьшить размер требований или отказаться от спора (конфликта).

5.5.2 Стороны свободны в выборе вопросов для обсуждения вариантов взаимоприемлемого соглашения.

5.5.3 Стороны медиации пользуются равными правами при выборе Медиатора, процедуры медиации, своей позиции в ней, способах и средствах ее отстаивания, при получении информации, в оценке приемлемости условий соглашения об урегулировании конфликта и несут равные обязанности.

5.5.4 Стороны медиации имеют право отказаться от Медиатора; Стороны медиации по взаимному согласию вправе выбрать другого Медиатора.

5.5.5 Стороны медиации имеют право в любой момент медиации отказаться от участия в ней.

5.5.6 Стороны медиации имеют право участвовать в проведении медиации лично или через представителей, полномочия которых основаны на доверенности, оформленной в установленном законом порядке.

5.6 Стороны медиации несут следующие обязанности:

5.6.1 В случае отказа от медиации, отвода Медиатора, выбора другого Медиатора уведомить в письменном порядке Медиатора и Центр, а так же другую Сторону;

5.6.2 При проведении медиации в ходе гражданского или уголовного судопроизводства в случае отказа от медиации, отвода Медиатора, выбора другого Медиатора Стороны обязаны уведомить об этом суд либо орган уголовного преследования;

5.6.3 Добросовестно распоряжаться своими правами;

5.6.4 Соблюдать корректность в отношении друг друга, Медиатора, Центра.

5.7 Стороны медиации имеют другие права и несут другие обязанности, установленные действующим законодательством.

Раздел 6. Процедура Медиации.

6.1 Место и время проведения медиации согласуется Медиатором со Сторонами.

6.2 Медиатор обеспечивает процессмедиации.

6.3 Стороны и Медиатор будут вести стенограмму, и другие записи только с обоюдного согласия Сторон и которые уничтожаются сразу после завершения процесса медиации.

6.4 Если Стороны не могут разрешить конфликт посредством переговоров в ходе медиации и, если Стороны просят медиатора, а Медиатор соглашается, Медиатор может дать Сторонам ни к чему не обязывающие рекомендации о том, как можно разрешить данный конфликт. Эти рекомендации не являются попыткой предугадать возможное решение, Медиатор лишь предлагает подходящее в данных обстоятельствах решение.

6.5 Любое решение, достигнутое в ходе медиации, имеет обязательную силу только в том случае, если оно оформлено в письменном виде и подписано Сторонами или от имени Сторон.

6.6 Медиация будет завершена в следующих случаях:

1) подписания Сторонами соглашения об урегулировании спора (конфликта) со дня подписания такого соглашения;

2) установления Медиатором обстоятельств, исключающих возможность разрешения спора (конфликта) путем медиации с момента письменного уведомления Сторон;

3) письменного отказа Сторон от медиации в связи с невозможностью разрешения спора (конфликта) путем медиации - со дня подписания Сторонами письменного отказа;

4) письменного отказа одной из Сторон от продолжения медиации со дня направления Медиатору и другим участникам медиации письменного отказа;

5) истечения срока проведения медиации со дня его истечения

Раздел 7. Конфиденциальность.

7.1 Все лица, участвующие в Медиации, обязаны сохранять конфиденциальность всей информации (представленной устно, письменно или каким-либо другим путем), полученной в ходе медиации или в связи с ней.

7.2 Вся информация (предоставленная медиатору устно, письменно или каким-либо другим путем), полученная в ходе медиации или в связи с ней, носит доверительный характер, не должна в дальнейшем использоваться с целью нанесения ущерба, в качестве доказательства или разглашаться в ходе любого текущего или будущего судебного разбирательства.

7.3 Медиатор должен в начале медиации провести со сторонами конфиденциальную беседу и получить их ясно выраженное согласие на любое действие, связанное с разглашением или использованием конфиденциальной

Центр _____ Сторона 1 _____ Сторона 2 _____

информации. Без предварительного ясного выраженного одобрения медиатора Стороны не должны разглашать друг другу какую-либо информацию, предоставленную им конфиденциально.

7.4 Положения настоящего Раздела не применимы в тех случаях, когда:
- Все Стороны дают согласие на разглашение, или
- Медиатор обязан разглашать информацию согласно общему закону, или
- Медиатор обоснованно полагает, что возникает серьезный риск угрозы жизни или безопасности любого человека или риск совершения любого другого преступления. Если определенная информация не будет разглашена; или
- Медиатор обоснованно предполагает, что возникнет серьезный риск уголовного преследования медиатора, если определенная информация не будет разглашена.

7.5 Разглашение участником медиации сведений, ставших ему известными в ходе медиации, без разрешения стороны медиации, предоставившей эту информацию, влечет ответственность, установленную законами Республики Казахстан.

### Раздел 8. Расходы.

8.1 Сумма вознаграждения Медиатора составляет 100 000 (сто тысяч) тенге. Взаиморасчеты с Медиатором производит Центр.

8.2 Вознаграждение подлежит оплате по реквизитам, указанным Центром в течение 5-ти банковских дней с момента подписания Договора на основании счета Центра.

8.3 Центр, Медиатор имеют право не приступать к оказанию услуг, в случае неоплаты (не полной оплаты) счета.

8.4 Вознаграждение Медиатора оплачивается Стороной-1

8.5 По завершению оказания услуг Центр и Стороны подписывают акт выполненных работ (оказанных услуг), а так же оформляют все документы, необходимые для надлежащего учета в соответствии с действующим законодательством РК.

8.6 Каждая сторона должна самостоятельно оплачивать собственные расходы и издержки, связанные с участием в медиации, если иное не определено письменным соглашением Сторон.

### Раздел 9. Ответственность Медиатора.

9.1 Медиатор должен сообщить Сторонам о том, какими принципами, правилами и законодательством регулируется процедура медиации до начала медиации. Медиатор также должен объяснить Сторонам, какое дисциплинарное разбирательство может начать пострадавшая Сторона, в случае предполагаемого нарушения Кодекса этики.

9.2 Ответственность Медиатора ограничивается действующим законодательством РК.

9.3 Медиатор не несет ответственности за решения, принятые Сторонами, а так же за условия договоренностей и соглашений между Сторонами.

9.4 В случае наличия сомнений в законности достигнутых договорённостей Стороны должны предпринять разумные меры для получения юридических либо иных консультаций.

9.5 Центр может по просьбе Сторон организовать консультации юристов на основании отдельного соглашения.

9.6 Медиатор не несет ответственности на неисполнение, либо ненадлежащее исполнение Сторонами достигнутых соглашений.

9.7 Медиатор не несет ответственность перед Сторонами за любые действия или бездействия, связанные с услугами по проведению медиации, если не было доказано, что это действие или бездействие нарушило Кодекс этики, Регламент либо действующее законодательство.

9.8 В случае проведения медиации с участием нескольких медиаторов Центр и медиаторы несут солидарную ответственность.

### Раздел 10. Отзывы.

10.1 В конце процесса Медиатор может попросить Стороны оставить отзывы о его работе. Это делается для подтверждения сертификата о профессиональной компетенции Медиатора и в целях его профессионального развития. По просьбе Медиатора и в описанных целях Стороны оставляют свои отзывы в небольшой анкете, предоставленной им Медиатором.

### Раздел 11. Общие условия.

11.1 Медиация будет проводится на русском и казахском языке. Любая Сторона предоставляющая документы на любом другом языке или принимающая участие в Медиации с использованием любого другого языка, должна обеспечить необходимый перевод и оборудование для перевода.

Центр _____ Сторона 1 _____ Сторона 2 _____

11.2 Стороны принимают на себя обязательства добросовестно, путем переговоров разрешить любой спор, возникающий по причине Договора или в связи с ним. Любая Сторона может уведомить другую Сторону о том, что путем переговоров решение найти не удалось и предложить урегулировать конфликт посредством медиации в соответствии Регламентом Центра.

11.3 В случае, если посредством медиации разрешить конфликт не удается,исключительная юрисдикция будет принадлежать казахстанскому суду,в соответствии с нормами материального и процессуального права РК.

11.4 Договор составлен в 3 (трех) экземплярах, имеющих равную юридическую силу, по одному экземпляру для каждого участника медиации.

11.5 В ходе медиации участники медиации имеют право обмениваться письменными заявлениями, уведомлениями, которые в случае отправки по электронной почте, факсу, с помощью почтовой службы будут считаться легитимными. Любые дополнения и изменения к Договору совершаются в той же форме, что и сам Договор.

Раздел 12. Реквизиты и подписи.

Центр
Частное учреждение "Казахстанский Центр Медиации"
Юридический адрес: г. Алматы, ул. Райымбека, д.221, оф. 10
Фактический адрес: пр. Абая 157 офис 32.
E-mail: vigovskaya@kazmediation.kz
тел. +7 727 328 37 01, 394 34 93, 258 85 86
Банковские реквизиты:
РНН 600500591593
БИК KCJBKZKX
КБЕ 18
БИН 111040010507
б/с KZ808560000004886577
в АО "Банк ЦентрКредит"
_____ Виговская И.Н.

Сторона 1

Карибжанова Махпал Канапиевна

От её имени договор подписал Тихонов Е.С. _____

Сторона 2:

Карибжанов Айдан Табониязович _____

Центр _____ Сторона 1 _____ Сторона 2 _____

Республика Казахстан, город Алматы.
Восемнадцатое февраля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии №0002810 от 29 декабря 2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства юстиции Республики Казахстан, свидетельствую верность этой копии с подлинником документа.

В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей не оказалось.

Зарегистрировано в реестре за № 776

Взыскано: 2615 тенге

Нотариус

EC080282340028031450412860

Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия

# Mediation agreement

**Almaty**  January 18, 2022

We, the undersigned are:

PI Kazakhstan Mediation Center, a non-profit organization of professional mediators, represented by the director Vigovskaya Irina Nikolaevna, acting based on the Charter, referred to as "Center,"

Karibzhanova Makhpal Kanapievna referred to in the text as "Party-1", in the name and on behalf of whom the lawyer Y.Tikhonov acts based on a power of attorney dated April 09, 2021,

and Karibzhanov Aidan Taboniyazovich referred to as "Party-1"

## Part 1. Terms

11.1 Party-1 and Party-2 are collectively referred to as the "Parties,"

11.2 Party-1 and Party-2, mediators, are collectively referred to as the "participants in mediation,"

11.3 Information about the Mediator(s) chosen by the Parties:

Mediation will be carried out with the participation of mediators:

- Mediator Vigovskaya I.N. (certificate, membership in the register).

For the interpretation purpose, even if several mediators participate in mediation, they will be referred to as the "Mediator" through the text of the agreement.

11.4 The Parties confirm they have chosen the Mediator voluntarily, by mutual agreement, and their participation in mediation is a mutual and voluntary expression of will.

11.5 Subject: partition case.

11.6 The mediation period: until March 03, 2022.

## Part 2. Subject

2.1 Following the terms of the agreement, the Mediator is an independent individual involved in the mediation procedure, providing services on a professional basis.

2.2 The agreement determines the scope and conditions for the provision of services.

2.3. The Parties accept the services provided by the Mediator and pay the costs of mediation, including the remuneration of the Mediator, the preliminary amount of costs agreed by the Mediation participants related to the mediation procedure, and the amount of the agreed costs exceeding the preliminary one, following Part 8 of the Agreement.

2.4 The purpose of the mediation procedure is to achieve a dispute (conflict) resolution that both Parties to mediation can live with and reduces the level of conflict.

2.5 Mediation will be carried out based on the following principles: voluntariness, equality of the parties to mediation, independence and impartiality of the Mediator, the inadmissibility of interference in mediation procedures, confidentiality. The process will also follow the Mediation Rules approved by the Center, the Law of the Republic of Kazakhstan on mediation, and the European Code of Ethics of Mediators.



2.6 Having signed the Agreement, the Parties confirm that they have been explained the procedure, rules, and principles of the mediation procedure, as formulated in the Regulations, the Code of Ethics and provided for by the legislation of the Republic of Kazakhstan.

**Part 3. Actions of the Center**

3.1 After consulting with the Parties and their representatives, the Center will, in due course:

3.1.1 Arrange and hold meetings with the Party (all Parties) before mediation, if the Parties deem it necessary and express such a desire, or if the Center considers such meetings necessary and the Parties agree.

3.1.2 Examine the documents provided by the parties before starting the mediation.

3.1.3 Nominate a Mediator for the mediation.

3.1.4 Explain the procedure, rules, and principles of the mediation.

3.1.5 If required and approved by the Parties or at the request of the Parties expressed in writing, request (engage) independent consultants.

3.1.6 Make the required preparations for the mediation, among that:

- To prepare a draft Agreement,

   To ensure coordination and arrangement with the Parties on cost-sharing,

   To organize the venue for meetings, agree on dates,

   To organize the exchange and consideration of the case and documents,

   To organize meetings with the Parties individually or with all at the same time to discuss any issues or cases related to the mediation,

- to carry out general management of cases related to the mediation.

3.2. It is the Mediator, who will have the right to carry out the actions specified in this section.

**Part 4. Actions of the Mediator**

4.1 The Mediator, after consulting with the Parties and their representatives, will perform in due course the following:

4.1.1 attend the meetings with the Party(ies) before mediation/during the mediation process, if the Parties deem it necessary and express such a desire, or if the Mediator considers such meetings necessary and the Parties agree.

4.1.2 study the documents submitted by the parties before starting mediation,

4.1.3 chair the mediation and determine its procedure,

4.1.4 if required, request (engage) independent consultants,

4.1.5 if required, participate in the preparation of an agreement(s) on the dispute (conflict) settlement. At the same time, it is the responsibility of the Parties to formulate the terms of the Agreement(s) on the settlement of the dispute (conflict).

4.2 Within the agreement, the mediator will not represent any of the individual Parties related to the dispute in any way. The Parties agree that the Mediator is not a representative of any of the Parties and will not act in the interests of any Party.

4.3 The Mediator will, if required, make the due preparations for mediation, among them:

- completing the execution of the Agreement,

ensuring arrangement with the Parties to share the expenses,

- arranging meeting venues or dates,

organizing the exchange of information about the circumstances of the case and documents,

organizing meetings with the Parties individually or with all at the same time to discuss any issues or cases related to the mediation,

- carrying out the general management of cases related to the mediation.

4.4. The Mediator will be entitled to:

refuse to conduct the mediation, if believes that further efforts in the process of its conduct will not lead to the resolution of the dispute (conflict) between the Parties, or terminate the mediation with the consent of the Parties, expressing their will in writing,

postpone the mediation to allow the Parties to consider specific proposals, obtain further information, or for any other reasons that, in the opinion of the Mediator, may contribute to the mediation process, while mediation will continue subject to the consent of the Parties.

4.5 If circumstances arise that prevent the Mediator from exercising the duties following the principles of the mediation, the Mediator will immediately declare self-withdrawal, with a written notification of the Parties indicating the reason for self-withdrawal. If the Mediator refuses to conduct mediation due to circumstances impeding impartiality, the Mediator will return the amounts of money the Parties paid for his/her services, except for documented expenses related to the mediation procedure.

4.6. The Mediator will have other rights and obligations as established by the current legislation.

**Part 5. Participants in mediation and exchange of information**

5.1. The Parties agree that the persons participating in the mediation will have all the required powers to resolve the conflict independently. If there are any restrictions on the powers of such persons, these shall be discussed with the Mediator before mediation.

5.2 The Parties undertake to inform the Mediator before the commencement of mediation of all persons who will be present during the mediation from each of the Parties, including representatives, consultants, so on.

5.3 Each Party will prepare and send to the other Party(ies) and the Mediator a sufficient number of copies of the following documents:

A summary of the subject of the dispute (circumstances of the case),

All documents referred to in the case and other documents to which the Party may wish to refer in the course of mediation.

5.4 Each Party may also provide the Mediator with any further documentation in its reasonable discretion if such documentation is expressly stated in writing to be confidential.

5.5 The parties to the mediation will have the following rights:

5.5.1 During the mediation, the Parties will have the right, at their discretion, to dispose of their substantive and procedural rights, increase or decrease the number of claims or refuse the dispute (conflict).

5.5.2 The Parties are free to choose issues for discussing options for a mutually acceptable agreement.

5.5.3 The Parties to the mediation will enjoy equal rights when choosing a Mediator, the mediation procedure, their position, the ways and means of defending it, when receiving information, in assessing the acceptability of the terms of the agreement on the settlement of the conflict and bear equal responsibilities.

5.5.4 The Parties to the mediation will have the right to refuse the Mediator; the Parties to the mediation may choose another Mediator by mutual agreement.

5.5.5 The Parties to the mediation have the right to refuse to participate in mediation at any time.

5.5.6 The Parties to the mediation have the right to participate in the mediation personally or through representatives whose powers are based on a power of attorney issued as prescribed.

5.6 The Parties to the mediation will have the following obligations:

5.6.1 In case of refusal of mediation, rejection of the Mediator, selection of another Mediator, the Party will notify the Mediator, the Center, and the other Party in writing,

5.6.2 When conducting the mediation in the course of civil or criminal proceedings in case of refusal of mediation, removal of the Mediator, selection of another Mediator, the Parties will notify the court or the criminal prosecution authority about this as prescribed,

5.6.3 To dispose of their rights in good faith,

5.6.4 To be polite to each other, the Mediator, the Center.

5.7. The Parties to the mediation have other rights and obligations as established by the current legislation.

**Part 6. Mediation procedure**

6.1. The Mediator will agree with the Parties on the place and time of the mediation.

6.2 The Mediator facilitates the mediation process.

6.3 The Parties and the Mediator will take down verbatim and other records only with the mutual consent of the Parties to be destroyed immediately following the completion of the mediation process.

6.4 In case the Parties are unable to resolve the conflict through negotiations during the mediation, subject to the Parties' request and the Mediator's approval, the Mediator may make non-binding recommendations to the Parties on the conflict resolution ways. These recommendations will not serve as an attempt to predict a possible solution and the Mediator will only suggest a solution appropriate in the circumstances.

6.5 Any decision reached through the mediation will be binding only if made in writing and signed by or on behalf of the Parties.

6.6 Mediation will be completed when:

1) The Parties sign an agreement on the settlement of a dispute (conflict) - on the date of signing such an agreement,

2) The Mediator establishes circumstances excluding the possibility of resolving the dispute (conflict) through the mediation from the moment of written notification of the Parties,

3) The Parties refuse from the mediation in writing due to the impossibility of resolving the dispute (conflict) through the mediation - from the date of signing the written refusal by the Parties,

4) One of the Parties refuses from the mediation in writing from the date of sending a written refusal to the Mediator and other participants in the mediation.

**Part 7. Confidentiality**

7.1 All the participants in the Mediation are required to keep confidential all the information related to the mediation (whether received orally, in writing or otherwise).

7.2 All the information (provided to the Mediator orally, in writing, or in any other way) obtained through or about the mediation is confidential, and will not be further used or disclosed in the course of any ongoing or future litigation.

7.3 The Mediator shall, before the mediation, speak confidentially with the Parties and obtain their express consent to any action involving the disclosure or use of confidential information. The Parties will not disclose to each other any information provided to them in confidence unless approved by the Mediator.

7.4 The provisions of this Part will not apply where:

All Parties agree to the disclosure, or

The Mediator is required to disclose information under the general law, or

The Mediator reasonably believes that not disclosing the information in case creates a risk to the life or safety of any person or any other crime, or

The Mediator reasonably believes that not disclosing the information in case creates a risk for the criminal prosecution of the Mediator.

7.5 Disclosure by the mediation participant of information that became known to him/her in the course of the mediation, without the permission of the mediation party that provided this information, entails liability established by the laws of the Republic of Kazakhstan.

**Part 8. Expenses**

8.1 The amount of remuneration of the Mediator is 100,000 (one hundred thousand) tenge. Mutual settlements with the Mediator will be carried out by the Center. '

8.2 The remuneration will be subject to payment according to the details specified by the Center within five banking days from the date of signing the agreement based on the Center's account.

8.3 The Center and the Mediator have the right not to start providing services in case of non-payment (not full payment) of the invoice.

8.4 The remuneration of the Mediator will be paid by Party-1.

8.5 Upon completion of the provision of services, the Center and the Parties sign an act of work performed (services rendered) and the other documents required for proper accounting following the current legislation of the Republic of Kazakhstan.

8.6 Each Party will independently pay its expenses and costs associated with participation in the mediation unless otherwise specified by a written agreement of the Parties.

**Part 9. Liability of the Mediator**

9.1 The Mediator shall inform the Parties about the principles, rules, and legislation governing the mediation proceedings before the mediation. The Mediator shall also explain to the Parties what disciplinary proceedings the affected Party may initiate in the event of an alleged violation of the Code of Ethics.

9.2 The liability of the Mediator will be governed and limited by the current legislation of the Republic of Kazakhstan.

9.3 The Mediator will not be responsible for the decisions taken by the Parties, as well as for the terms of agreements and arrangements between the Parties.

9.4 If there is doubt about the legality of the agreements reached, the Parties will take reasonable steps to obtain legal or other advice.

9.5 The Center may organize legal consultations based on a separate agreement at the request of the Parties.

9.6 The Mediator will not be responsible for non-fulfillment or improper fulfillment by the Parties of the agreements reached.

9.7 The Mediator will not be liable to the Parties for any action or omission in connection with the mediation services unless it has been proven that this action or omission violated the Code of Ethics, the Rules, or applicable law.

9.8 When several mediators are involved, the Center and the mediators bear joint and several liabilities.

**Part 10. Reviews**

10.1 At the end of the process, the Mediator may ask the Parties to provide feedback on his/her work to confirm the Mediator's certificate of professional competence and for professional development. If requested by the Mediator, the Parties leave their feedback in a short questionnaire.

**Part 11. General Conditions**

11.1 The mediation will be conducted in Russian and Kazakh. Any Party providing documents in any other language or participating in the mediation using any other language will provide the required translation and translation equipment.

11.2 The Parties undertake to resolve in good faith, through negotiations, any dispute arising out of or in connection with the agreement. Any Party may notify the other Party that it was not possible to find a solution through negotiations and offer to resolve the conflict through the mediation following the Rules of the Center.

11.3 If the mediation fails to resolve the conflict, the exclusive jurisdiction will belong to the Kazakh court, following the substantive and procedural law of the Republic of Kazakhstan.

11.4 The agreement is drawn up in 3 (three) copies of equal legal force, one copy for each mediation participant.

11.5 During the mediation, the mediation participants have the right to exchange written statements, notifications, which, if sent by e-mail, fax, or using the postal service, will be considered legitimate. Any additions and changes to the agreement are made in the same form as the agreement itself.

**Part 12. Details and signatures**

**Centre**

Private institution "Kazakhstan Mediation Center"

Legal address: Almaty, Raimbek Str., d.221, of. 10

Actual address: 157 Abay Ave. office 32.

e-mail: vigovskaya@kazmediation.kz

Tel: + 7 727 328 37 01, 394 34 93, 258 85 86

Bank details:

RNN 600500591593

BIC KCJBKZKX

KBE 18

BIN 111040010507

B/s KZ808560000004886577

In BankCenterCredit JSC

Vigovskaya I.N.

**Party-1**

Karibzhanova Makhpal Kanapievna

On her behalf, Y.Tikhonov signed the agreement.

**Party-2**

Karibzhanov Aidan Taboniyazovich

Republic of Kazakhstan, Almaty city.
The eighteenth of February, year two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of December 29 2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of this copy with the original document. The latter is free from erasures, additions, strikeout words and other not specified corrections or peculiarities.

Reg. No 776
Paid: 2615 KZT

Notary _____

Текст-перевод документа с русского на английский язык выполнен мной, переводчиком Куспаевым Тулегеном Бауржанулы, 28.08.1994 года рождения, место рождения Алматы, ИИН: 940828300097. город Алматы, Республика Казахстан.

Подпись: _____
Куспаев Тулеген
Бауржанулы

Республика Казахстан, город Алматы, восемнадцатое февраля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании Государственной лицензии № 0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства Юстиции Республики Казахстан, свидетельствую подлинность подписи, совершенной переводчиком Куспаевым Тулегеном Бауржанулы. Личность, подписавшего документ, установлена, дееспособность и полномочия проверены.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan.

Signature: _____
Kuspayev Tulegen
Baurzhanuly

Republic of Kazakhstan, Almaty city, the eighteenth of February, two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of 29.12.2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of the foregoing signature made by the translator Mr. Kuspayev Tulegen Baurzhanuly. I hereby also certify that identity of the person signed this document as well as capability and powers were verified.

Зарегистрировано в реестре за № / Reg. No 779
Взыскано / Paid: 3370 тенге/KZT

Нотариус / Notary _____

This page shows the back side of a notarized document (mirror-image text bleeding through from the reverse side, largely illegible).



Пронумеровано и прошнуровано
на 14 (четырнадцати) страницах
Нотариус [signature]



ET080282333060726562SC6970066
Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия