# Exhibit H



# Перевод клиенту Kaspi

Тулеген К.

## Перевод успешно совершен
## 50 400,00 ₸

| | |
|---|---|
| № квитанции | 6702028983 |
| Дата и время | 18.02.2022 13:19 |
| Комиссия | 0 ₸ |
| Отправитель | Тихонов Е.С. |
| Откуда | Kaspi Gold |

