

# Exhibit I

**КОПИЯ**

**Заявитель:** Карибжанова Махпал Канипиевна
**Заинтересованное лицо:** Карибжанов Айдан Табониязович

**г. Алматы** **18 января 2022 г.**

## ЗАЯВКА НА ПРОВЕДЕНИЕ МЕДИАЦИИ

Заявитель Карибжанова Махпал Канапиевна, обращается в Казахстанский Центр Медиации с целью запроса на проведение процедуры медиации для урегулирования спора с Карибжановым Айданом Табониязовичем, возникшего в результате спора о разделе общего имущества супругов.

На основании изложенного Карибжанова М.К., выражает заинтересованность в урегулировании спора следующим образом: разделение совместно нажитого имущества супругов в равных долях.

Приложение:
Доверенность на представление интересов на Тихонова Е.С. от 9 апреля 2021 года

### Реквизиты заявителя и заинтересованного лица:

**Заявитель:** Карибжанова Махпал Канапиевна
Адрес: г. Нью Йорк, улица Пятая Авеню, дом 212, апартаменты 3Б
Тел.: +1 917 420 1778
E-mail: m.karibjanova@gmail.com
Наименование или Ф.И.О. представителя или контактного лица: адвокат АГКА Тихонов Евгений Сергеевич
Адрес: город Алматы, пр. Назарбаева, 229, кв. 18
Email: Yevgeniy.tikhonov@dynasty.kz
Тел.: + 7 701 766 6766

**Заинтересованное лицо:** Карибжанов Айдан Табониязович
Адрес: город Алматы, ул. ул. Керей̆, Жәнібек хандар, 470/20
Тел.: +7 705 111 4040
E-mail: karibjanov@gmail.com
Банковские реквизиты: неизвестны
Наименование или Ф.И.О. представителя или контактного лица: Тукулов Бахыт Азатканович
Адрес: г. АЛМАТЫ, ул. Кунаева, 77
Тел.: +7 701 929 0493
Наименование или Ф.И.О. представителя или контактного лица: Мостович Максим Александрович
адрес: г. Алматы, мкр. Самал-2, д. 20, кв. 28
абонентский номер сотовой связи: +7 705 235 90 73
электронный адрес: m.mostovich@bk.ru

**От имени и в интересах Карибжановой Махпал Канапиевны,**

**Адвокат** **Е. Тихонов**

**Смотрите на обороте…**

Республика Казахстан, город Алматы.
Восемнадцатое февраля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии №0002810 от 29 декабря 2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства юстиции Республики Казахстан, свидетельствую верность этой копии с подлинником документа.

В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей не оказалось.

Зарегистрировано в реестре за № 778
Взыскано: 523 тенге
Нотариус



EC0802823330607232500I2860
Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального дей

**Applicant**: Karibzhanova Makhpal Kanapievna

**Interested party:** Karibzhanov Aidan Taboniyazovich

**Almaty** **January 18, 2022**

**Application for mediation**

The Applicant Karibzhanova Makhpal Kanapievna applies to the Kazakhstan Mediation Center to request a mediation procedure to resolve the dispute with Aidan Taboniyazovich Karibzhanov because of the partition case.

Based on the foregoing Karibzhanova M. expresses her interest in resolving the dispute as follows: division of the jointly acquired property of the spouses in equal shares.

Appendix: Power of attorney for Y.Tikhonov representing the applicant's interests dated April 9, 2021.

**Details of the applicant and interested person:**

**Applicant**: Karibzhanova Makhpal Kanapievna

Address: 212 Fifth Ave Unit 3B, New York

Tel.: +1 917 420 17 78

e-mail: m.karibjanova@gmail.com

Name of the representative or contact person: ASCA lawyer Tikhonov Yevgeniy Sergeevich

Address: Almaty, Nazarbayev Str., 229b apt. 18

e-mail: Yevgeniy.tikhonov@dynasty.kz

Tel.: +7 701 766 6766

**Interested party**: Karibzhanov Aidan Taboniyazovich

Address: Almaty, corner Str. Kerey, Zhanibek Khandar, 470/20

Tel.: +7 705 111 4040

e-mail: karibjanov@gmail.com

Bank details: unknown

Name of the representative or contact person: Tukulov Bakhyt Azatkanovich

Address: Almaty, Kunaev Str., 77

Tel.: +7 701 929 0493

Name of the representative or contact person: Maxim Alexandrovich Mostovich

Address: Almaty, md. Samal-2, 20, apt. 28

Tel: +7 705 235 90 73

e-mail: m.mostovich@bk.ru



On behalf of and in the interests of Karibzhanova Makhpal Kanapievna Lawyer Y.Tikhonov.

Republic of Kazakhstan, Almaty city.
The eighteenth of February, year two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of December 29 2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of this copy with the original document. The latter is free from erasures, additions, strikeout words and other not specified corrections or peculiarities.

Reg. No 778
Paid: 523 KZT

Notary ______

Текст-перевод документа с русского на английский язык выполнен мной, переводчиком Куспаевым Тулегеном Бауржанулы, 28.08.1994 года рождения, место рождения Алматы, ИИН: 940828300097. город Алматы, Республика Казахстан.

Подпись: ____________

Куспаев Тулеген

Бауржанулы

Республика Казахстан, город Алматы, восемнадцатое февраля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии № 0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства Юстиции Республики Казахстан, свидетельствую подлинность подписи, совершенной переводчиком Куспаевым Тулегеном Бауржанулы. Личность, подписавшего документ, установлена, дееспособность и полномочия проверены.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan.

Signature: ____________

Kuspayev Tulegen

Baurzhanuly

Republic of Kazakhstan, Almaty city, the eighteenth of February, two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of 29.12.2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of the foregoing signature made by the translator Mr. Kuspayev Tulegen Baurzhanuly. I hereby also certify that identity of the person signed this document as well as capability and powers were verified.

Зарегистрировано в реестре за № / Reg. No 480

Взыскано / Paid: 3370 тенге/KZT

Нотариус / Notary ____________






ET0802823260934189644C6970066

Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия