# Exhibit J

**Тихонов Евгений** 18 января 2022 г. в 12:27

Ответ: Проведение медиации

Кому: karibjanov@gmail.com, Бахыт Тукулов, m.mostovich@bk.ru

Уважаемый Айдан Табониязович,

Как Вам известно ранее в Медеуском районном суде и Алматинском городском суде Вы заявляли о своём желании урегулировать спор по иску Махпал Карибжановой о разделе имущества в порядке медиации.

2 декабря 2021 года мной, по поручению Махпал Карибжановой, было направлено Вам предложение самостоятельно в приоритетном порядке выбрать медиатора в течение 10 (десяти) рабочих дней, для того чтобы провести соответствующую медиативную процедуру.

Однако по прошествии 10 (десяти) рабочих дней от Вас не последовало никакой реакции на наше письмо о проведение медиации и профессиональный медиатор также вами не был назначен.

23 декабря 2021 года я письменно проинформировал Вас о том, что в связи с тем, что Вы не выбрали медиатора, это выбор будет сделан Карибжановой Махпал самостоятельно.

В этой связи довожу до Вашего сведения, что моим доверителем, Махпал Карибжановой, принято решение о выборе Виговской Ирины Николаевны в качестве медиатора для проведения соответствующей процедуры.

Учитывая то, что 6 января 2022 года в городе Алматы было введено чрезвычайное положение и комендантский час, а также был ограничен доступ к интернету, в этот период правоохранительные органы просили всех жителей ограничить передвижения по городу, так как это было сопряжено с реальными рисками для жизни и безопасности граждан, в связи с чем мы не могли начать процедуру раньше и проинформировать Вас об этом.

В этой связи я полагаю, что сразу же после снятия режима Чрезвычайного положения в городе Алматы Вам от медиатора будет направлено приглашение для участия в процедуре медиации.

С уважением,

**Тихонов Евгений**

Управляющий партнёр, Адвокатская контора «ДинастиЯ»
Адвокат Алматинской городской коллегии адвокатов
Республика Казахстан, город Алматы, 050000, улица Гоголя 86, офис 721
email: yevgeniy.tikhonov@dynasty.kz
моб.тел. +7 701 766 67 66
раб.тел. + 7 727 259 75 79
веб-сайт: www.dynasty.kz

**Yevgeniy Tikhonov**  
Answer: Mediation  
To: karibjanov@gmail.com, Bakhyt Tukulov, m.mostovich@bk.ru

January 18, 2022 – 12:27

Dear Aidan Taboniyazovich,

As you know, earlier in the Medeu District Court and the Almaty City Court you stated your desire to settle the dispute over the claim of Makhpal Karibzhanova on the division of property by mediation.

On December 2, 2021, on behalf of Makpal Karibzhanova, I sent you a proposal to independently select a mediator as a priority within 10 (ten) working days in order to conduct the appropriate mediation procedure.

However, after 10 (ten) working days, there was no reaction from you to our letter about mediation and a professional mediator was also not appointed by you.

On December 23, 2021, I informed you in writing that due to the fact that you did not choose a mediator, this choice will be made by Karibzhanova Makhpal independently.

In this regard, I would like to inform you that my principal, Makhpal Karibzhanova, has decided to choose Vigovskaya Irina Nikolayevna as a mediator to conduct the appropriate procedure.

Considering that on January 6, 2022, a state of emergency and a curfew were imposed in the city of Almaty, as well as access to the Internet was restricted, during this period, law enforcement agencies asked all residents to restrict movement around the city, as this was associated with real risks to the life and safety of citizens, in connection with which we did not they could have started the procedure earlier and informed you about it.

In this regard, I believe that immediately after the lifting of the state of Emergency in Almaty, the mediator will send you an invitation to participate in the mediation procedure.

Sincerely,  
**Yevgeniy Tikhonov**

Managing Partner, Dynasty Law Firm  
Lawyer of Almaty City Bar Association  
Republic of Kazakhstan, Almaty city, 050000, 86 Gogol Street, office 721  
email: yevaeniv.tikhonov@dynasty.kz  
mobile phone. +7 701 766 67 66  
slave.tel. + 7 727 259 75 79  
website: www.dynasty.kz

екст-перевод документа с русского на английский
зык выполнен мной, переводчиком Куспаевым
улегеном Бауржанулы, 28.08.1994 года рождения,
есто рождения Алматы, ИИН: 940828300097.
ород Алматы, Республика Казахстан.
а достоверность перевода ручаюсь.

Подпись: _____

Куспаев Тулеген
Бауржанулы

еспублика Казахстан, город Алматы, тринадцатое
преля две тысячи двадцать второго года.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan. This is an accurate translation

Signature: _____

Kuspayev Tulegen
Baurzhanuly

Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two.

[Seal: Lexicon-Express, Almaty, Republic of Kazakhstan]

[Page appears mirrored/scanned from reverse side. Visible faint text:]

I, Kenzhina T., Translator–Notary, UIN 871225400037, DON N 06 1544, the translator made translation of the here in a document from Russian to English. Almaty city, Republic of Kazakhstan. This is an accurate translation.

Republic of Kazakhstan, Almaty city, the thirtieth of April, two thousand and twenty two.