# Exhibit K

КОПИЯ

**Карибжанову Айдану Табониязовичу**
абонентский номер сотовой связи: +7 705 111 4040
электронный адрес: karibjanov@gmail.com
г АЛМАТЫ, ул. Керей, Жәнібек хандар, 470/20

Копия представителям Карибжанова А.Т..

**Тукулову Бахыту Азаткановичу**
абонентский номер сотовой связи: +7 701 929 0493
электронный адрес: bt@tkl.kz
г АЛМАТЫ, ул. Кунаева, 77

**Мостович Максиму Александровичу**
адрес: г Алматы, мкр. Самал-2, д. 20, кв. 28
абонентский номер сотовой связи: +7 705 235 90 73
электронный адрес: m.mostovich@bk.ru

От адвоката АГКА
**Тихонова Евгения Сергеевича**
адрес: г Алматы, пр. Назарбаева, 229-18
абонентский номер сотовой связи: +7 701 766 6766
электронный адрес: yevgeniy.tikhonov@dynasty.kz

действующего от имени и в интересах:
**Карибжановой Махпал Канапиевны**
адрес: г Нью Йорк, улица Пятая Авеню,
дом 212, апартаменты 3Б
абонентский номер сотовой связи: +1 917 420 1778
электронный адрес: m.karibjanova@gmail.com

Уважаемый Айдан Табониязович,

Как Вам известно ранее в Медеуском районном суде и Алматинском городском суде Вы заявляли о своём желании урегулировать спор по иску Махпал Карибжановой о разделе имущества в порядке медиации.

2 декабря 2021 года мной, по поручению Махпал Карибжановой, было направлено Вам предложение самостоятельно в приоритетном порядке

Страница 1 из 2

Смотрите на обороте…

выбрать медиатора в течение 10 (десяти) рабочих дней, для того чтобы провести соответствующую медиативную процедуру.

Однако по прошествии 10 (десяти) рабочих дней от Вас не последовало никакой реакции на наше письмо о проведение медиации и профессиональный медиатор также вами не был назначен.

23 декабря 2021 года я письменно проинформировал Вас о том, что в связи с тем, что Вы не выбрали медиатора, это выбор будет сделан Карибжановой Махпал самостоятельно.

В этой связи довожу до Вашего сведения, что моим доверителем, Махпал Карибжановой, принято решение о выборе Виговской Ирины Николаевны в качестве медиатора для проведения соответствующей процедуры.

Учитывая то, что с 6 января 2022 года в городе Алматы было введено чрезвычайное положение и комендантский час, а также был ограничен доступ к интернету, в этот период правоохранительные органы Республики Казахстан просили всех жителей ограничить любые передвижения по городу так как это было сопряжено с реальными рисками для жизни и безопасности граждан, в связи с чем мы не могли начать эту процедуру раньше и проинформировать Вас об этом.

В этой связи я полагаю, что сразу же после снятия режима Чрезвычайного положения в городе Алматы Вам от медиатора будет направлено приглашение для участия в процедуре медиации.

18 января 2022 года

**От имени и в интересах Махпал Карибжановой,**

**Адвокат**                                                                 **Евгений Тихонов**

Республика Казахстан, город Алматы.
Тринадцатое апреля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии №0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства юстиции Республики Казахстан, свидетельствую верность этой копии с подлинником документа.

В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей не оказалось.

Зарегистрировано в реестре за № 1904

Взыскано: 612 тенге

Нотариус





EC080282339046227212SD2020085

Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия

**To Karibzhanov Aidan Taboniyazovich**
cell phone line number: +7 705 111 4040
email address: karibjanov@gmail.com
ALMATY city, Kerei, Zhanibek khandar Str., 470/20

Copy to representatives of A.T. Karibzhanov:

**To Tukulov Bakhyt Azatkanovich**
cell phone line number: +7 701 929 0493
email address: bt@tkl.kz
ALMATY city, Kunaev Str., 77

**To Mostovich Maksim Aleksandrovich**
address: Almaty city, Samal-2 mcr.dst, 20, 28 apt.
cell phone line number: +7 705 235 90 73
email address: m.mostovich@bk.ru

From Advocate of ACAA
**Tikhonov Evgeniy Sergeev**
address: Almaty city, Nazarbayev Ave. 229-18
cell phone line number: +7 701 766 6766
email address: yevgeniy.tikhonov@dynasty.kz

acting in the name of and on behalf of:
**Karibzhanova Makhpal Kanapiyevna**
address: New York city, Fifth Avenue Str.,
212 house, 3B apartments
cell phone line number: +1 917 420 1778
email address: m.karibianova@gmail.com

Dear Aidan Taboniyazovich,

As you know, earlier in the Medeu district court and the Almaty city court you stated your desire to settle the dispute over the claim of Makhpal Karibzhanova on the division of property through mediation.

On December 2, 2021, on behalf of Makhpal Karibzhanova, I sent you a proposal to independently choose a mediator as a priority within 10 (ten) working days in order to conduct the appropriate mediation procedure.

However, after 10 (ten) working days, there was no reaction from you to our letter about mediation and a professional mediator was also not appointed by you.

On December 23, 2021, I informed you in writing that due to the fact that you did not choose a mediator, this choice will be made by Karibzhanova Makhpal independently.

In this regard, I would like to inform you that my principal, Makhpal Karibzhanova, has decided to choose Vigovskaya Irina Nikolayevna as a mediator to conduct the appropriate procedure.

Considering that since January 6, 2022, a state of emergency and a curfew were imposed in Almaty, as well as access to the internet was restricted, during this period, the law enforcement agencies of the Republic of Kazakhstan asked all residents to restrict any movement around the city, as this was associated with real risks to the life and safety of citizens, in connection with why couldn't we have started this procedure earlier and informed you about it.

In this regard, I believe that immediately after the lifting of the state of Emergency in Almaty city, an invitation will be sent to you from the mediator to participate in the mediation procedure.

January 18, 2022

**In the name of and on behalf of Makhpal Karibzhanova,**

**Advocate**          /Signature/          **Evgeniy Tikhonov**

See overleaf...



Republic of Kazakhstan, Almaty city.

The thirteenth of April, year two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of December 29 2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of this copy with the original document. The latter is free from erasures, additions, strikeout words and other not specified corrections or peculiarities.

Reg. No 1904
Paid: 612 KZT

Notary

| | |
|---|---|
| Текст-перевод документа с русского на английский язык выполнен мной, переводчиком Куспаевым Тулегеном Бауржанулы, 28.08.1994 года рождения, место рождения Алматы, ИИН: 940828300097, город Алматы, Республика Казахстан.<br><br>Подпись: _____<br><br>_Куспаев Тулеген Бауржанулы_ | I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan.<br><br>Signature: _____<br><br>_Kuspayev Tulegen Baurzhanuly_ |
| Республика Казахстан, город Алматы, тринадцатое апреля две тысячи двадцать второго года.<br><br>Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии № 0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства Юстиции Республики Казахстан, свидетельствую подлинность подписи, совершенной переводчиком Куспаевым Тулегеном Бауржанулы. Личность, подписавшего документ, установлена, дееспособность и полномочия проверены. | Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two.<br><br>I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of 29.12.2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of the foregoing signature made by the translator Mr. Kuspayev Tulegen Baurzhanuly. I hereby also certify that identity of the person signed this document as well as capability and powers were verified. |

Зарегистрировано в реестре за № / Reg. No _1914_
Взыскано / Paid: 1624 тенге/KZT

Нотариус / Notary _____



Kosheev Yergen Mecemtasuly, ИНН 860528301973, on 28.05.1986, has performed the translation of the foreign document from English to Russian. Republic of Kazakhstan.

City of Almaty, Almaty city
twenty-fourth of June, year two thousand and twenty.

I, Yesmagambetova Aiman, city notary of Almaty, notary of the city of Almaty, acting on the basis of the state license №12-1-2-209 issued by the Committee of registration and legal assistance services of the Ministry of Justice of the Republic of Kazakhstan dated the twenty-sixth of the January, two thousand ten, by this, witness the signature of Kosheev Yergen Mecemtasuly. Kosheev also verify that the identity of the person appeared as well as his capacity and powers were verified.

Registered in the register № ___
Collected by: ___ KZT




ET080282359062457436P7650041
Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия