# Exhibit L

**Карибжанову Айдану Табониязовичу**
абонентский номер сотовой связи: +7 705 111 4040
электронный адрес: karibjanov@gmail.com
г АЛМАТЫ, ул. Керей, Жәнібек хандар, 470/20

Копия представителям Карибжанова А.Т..

**Тукулову Бахыту Азаткановичу**
абонентский номер сотовой связи: +7 701 929 0493
электронный адрес: bt@tkl.kz
г АЛМАТЫ, ул. Кунаева, 77

**Мостович Максиму Александровичу**
адрес: г Алматы, мкр. Самал-2, д. 20, кв. 28
абонентский номер сотовой связи: +7 705 235 90 73
электронный адрес: m.mostovich@bk.ru

От адвоката АГКА
**Тихонова Евгения Сергеевича**
адрес: г Алматы, пр. Назарбаева, 229-18
абонентский номер сотовой связи: +7 701 766 6766
электронный адрес: yevgeniy.tikhonov@dynasty.kz

действующего от имени и в интересах:
**Карибжановой Махпал Канапиевны**
адрес: г Нью Йорк, улица Пятая Авеню,
дом 212, апартаменты 3Б
абонентский номер сотовой связи: +1 917 420 1778
электронный адрес: m.karibjanova@gmail.com

Уважаемый Айдан Табониязович,

Как Вам известно ранее в Медеуском районном суде и Алматинском городском суде Вы заявляли о своём желании урегулировать спор по иску Махпал Карибжановой о разделе имущества в порядке медиации.

2 декабря 2021 года мной, по поручению Махпал Карибжановой, было направлено Вам предложение самостоятельно в приоритетном порядке

выбрать медиатора в течение 10 (десяти) рабочих дней, для того чтобы провести соответствующую медиативную процедуру.

Однако по прошествии 10 (десяти) рабочих дней от Вас не последовало никакой реакции на наше письмо о проведение медиации и профессиональный медиатор также вами не был назначен.

23 декабря 2021 года я письменно проинформировал Вас о том, что в связи с тем, что Вы не выбрали медиатора, это выбор будет сделан Карибжановой Махпал самостоятельно.

В этой связи довожу до Вашего сведения, что моим доверителем, Махпал Карибжановой, принято решение о выборе Виговской Ирины Николаевны в качестве медиатора для проведения соответствующей процедуры.

Учитывая то, что с 6 января 2022 года в городе Алматы было введено чрезвычайное положение и комендантский час, а также был ограничен доступ к интернету, в этот период правоохранительные органы Республики Казахстан просили всех жителей ограничить любые передвижения по городу так как это было сопряжено с реальными рисками для жизни и безопасности граждан, в связи с чем мы не могли начать эту процедуру раньше и проинформировать Вас об этом.

В этой связи я полагаю, что сразу же после снятия режима Чрезвычайного положения в городе Алматы Вам от медиатора будет направлено приглашение для участия в процедуре медиации.

18 января 2022 года

**От имени и в интересах Махпал Карибжановой,**

**Адвокат**　　　　　　　　　　　　　　　　　　　　**Евгений Тихонов**

19.01.2022, 16:00

==================================================
Пожалуйста, проверьте правильность номера телефона.
Для получения уведомления о поступлении и отслеживания почтовых
отправлений переходите в приложение post.kz и telegram
@kazpostbot. Детальная информация в post.kz указывается во
вкладке "Мой профиль" → "Моя почта"  Скачать приложение post.kz и
telegram можно через AppStore и PlayMarket.
==================================================
АО «Казпочта», БСН / БИН 000140002217
ТОО "Таусалмайтан", БСН / БИН 991041003591, индекс 055502
Отделение ФГО Ерменсай, индекс 055502
Время приема 19.01.2022 16:00:09
Извещение / Хабарлама №5498665341, способ оплаты Наличные
==================================================
Вид РПО Письмо, номер почтового отправления № DG005612591KZ
Категория РПО Заказное Наземный Уведомление SMS, Вид перевозки
Наземный

| Салмақ/Вес: | 0.025 |
| --- | --- |
| Құндылық/Ценность: | 0.00 |
| Кімге/Кому: | КАРИБЖАНОВ А Т |
| Қайда/Куда: | 050051 АЛМАТЫ, МЕДЕУСКИЙ, УЛИЦА КЕРЕЙ, ЖӘНІБЕК ХАНДАР, ДОМ 470/20 |
| Жіберуші/От кого: | ТИХОНОВ ЕВГЕНИЙ СЕРГЕЕВИЧ |
| Пересылка письма РК | 380.00 |
| Итого: | 380 |

Вид РПО Письмо, номер почтового отправления № DG005612628KZ
Категория РПО Заказное Наземный Уведомление SMS, Вид перевозки
Наземный

| Салмақ/Вес: | 0.03 |
| --- | --- |
| Құндылық/Ценность: | 0.00 |
| Кімге/Кому: | ТУКУЛОВ Б |
| Қайда/Куда: | 050010 АЛМАТЫ, МЕДЕУСКИЙ, УЛИЦА КУНАЕВА, ДОМ 77 |
| Жіберуші/От кого: | ТИХОНОВ ЕВГЕНИЙ СЕРГЕЕВИЧ |
| Пересылка письма РК | 380.00 |
| Итого: | 380 |

Пошта жөнелтімдерін қабылдау, жеткізу, іздеу бойынша барлық
шағымдар операция жүргізілген күннен бастап 2 ай (ҚР),
6 ай (ТМД, алыс шетел) аралығында қабылданады
Все претензии по приему, пересылке и розыску почтовых
отправлений принимаются в течение 2 мес(РК), 6 мес(СНГ,ДЗ),
со дня проведения операции
Оператор: Сайпиева Бэлла Кадыралиевна
==================================================