# Exhibit M

## Письмо – приглашение к медиации

Кому: Карибжанову А. Т.

Адрес: г.Алматы,
ул. Керей, Жәнібек хандар, 470/20

**Уважаемый Айдан Табониязович!**

**Частное Учреждение «Казахстанский центр медиации»** (в дальнейшем – Центр медиации), обращается к Вам по поводу ситуации, возникшей, между Вами и **Карибжановой Махпал Канапиевной** в связи со спором о разделе общего имущества.

С 5 августа 2011 года в Казахстане действует Закон РК «О медиации». Медиация – это процедура, позволяющая в досудебном порядке, с помощью нейтральной третьей стороны Медиатора, решать различного рода спорные вопросы. Это гибкая, малозатратная процедура, которая помогает найти пути выхода из создавшейся ситуации, соответствующие интересам обеих сторон, исключает риск публичного оглашения спора, при этом позволяет сохранить или восстановить отношения между конфликтующими сторонами.

Ваш вопрос относительно потенциально можно разрешить с помощью медиации. Медиация состоится, если Вы примете предложение о ее проведении. Вы можете самостоятельно принять решение об участии в медиации или предварительно проконсультироваться с Вашими адвокатами/представителями и со специалистами нашего Центра.

Как показывает мировая практика по медиации, участники более 80% проведенных медиаций пришли к полному согласию за короткий промежуток времени, заключили медиативное соглашение, которое исполняется сторонами добровольно.

Если Вы примете это предложение принять участие в процедуре медиации, прошу Вас связаться по со мной по номеру: +77013563562
Если до 1 февраля 2022 от Вас не поступит какой-либо информации – предложение о медиации будет считаться отклоненным, что может повлечь обращение второй потенциальной стороны за разрешением спора в предусмотренном гражданским законодательством Республики Казахстан порядке.

С уважением,
Директор
Ирина Виговская.



Смотрите на обороте…

Республика Казахстан, город Алматы.
Восемнадцатое февраля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действую на основании государственной лицензии №0002810 от 29 декабря 2009 г. выданной Комитетом регистрационной службы и оказания правовой помощи Министерства юстиции Республики Казахстан, свидетельствую верность копии с подлинником документа.

В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей не оказалось.

Зарегистрировано в реестре за № 777
Взыскано: 523 тенге
Нотариус 



EC080282326093415678412

Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального

**Letter-invitation to mediation**

To: Karibzhanov A. T.

Address: Almaty,

St. Kerey, Zhanibek Khandar, 470/20

**Dear Aidan Taboniyazovich!**

Private Institution "Kazakhstan Mediation Center" (hereinafter referred to as the Center of the mediation) addresses you about the situation that has arisen between you and Karibzhanova Makhpal Kanapievna due to the partition case.

Since August 5, 2011, the Law of the Republic of Kazakhstan on mediation has been in force in Kazakhstan. Mediation is the pre-trial procedure, where a neutral third party a mediator acts to resolve various controversial issues. It is a flexible, low-cost procedure, which helps to find ways out of the current situation to eliminate the risk of a public announcement of the dispute while allowing saving or restoring relations between the conflicting parties.

There is a potential to resolve your case through mediation.

Mediation will take place if you accept the offer to conduct it. You can independently decide on participation in the mediation or consult with your lawyers/representatives and with the specialists of our Center.

As the world practice of mediation shows, participants in more than 80% of the mediation came to a full agreement in a short period and concluded mediation agreement to be performed by the parties voluntarily.

If you accept this offer to participate in the mediation procedure, please, contact me at +7 701 356 35 62.

If there is no reply from you by February 1, 2022, a proposal for mediation will be considered rejected, which may result in the appeal of a second potential Party to resolve the dispute as prescribed by the civil legislation of the Republic of Kazakhstan.

**Sincerely,**

**Director**

**Irina Vigovskaya**



Republic of Kazakhstan, Almaty city.
The eighteenth of February, year two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of December 29 2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of this copy with the original document. The latter is free from erasures, additions, strikeout words and other not specified corrections or peculiarities.

Reg. No 777
Paid: 523 KZT

Notary _____

екст-перевод документа с русского на английский зык выполнен мной, переводчиком успаевым Тулегеном Бауржанулы, 8.08.1994 года рождения, место рождения лматы, ИИН: 940828300097. город Алматы, еспублика Казахстан.

одпись: _____

Куспаев Тулеген
Бауржанулы

еспублика Казахстан, город Алматы, осемнадцатое февраля две тысячи двадцать торого года.

Абданбеков Ермек Мекемтасович, нотариус орода Алматы, действующий на основании осударственной лицензии № 0002810 от 9.12.2009 года, выданной Комитетом егистрационной службы и оказания правовой омощи Министерства Юстиции Республики азахстан, свидетельствую подлинность подписи, овершенной переводчиком Куспаевым Тулегеном аурджанулы. Личность, подписавшего документ, тановлена, дееспособность и полномочия оверены.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan.

Signature: _____

Kuspayev Tulegen
Baurzhanuly

Republic of Kazakhstan, Almaty city, the eighteenth of February, two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of 29.12.2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of the foregoing signature made by the translator Mr. Kuspayev Tulegen Baurzhanuly. I hereby also certify that identity of the person signed this document as well as capability and powers were verified.

Зарегистрировано в реестре за № / Reg. No 781
Взыскано / Paid: 3370 тенге/KZT

Нотариус / Notary _____




ET080282340028034789AC6970066
Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия