# Exhibit N

# ТОО "ТКС Экспресс"

тел: +7 727 376 51 11    +7 777 270 80 98,
факс: +7 727 376 50 40    +7 701 727 36 96
Email: tkc_kz@mail.ru

№ накладной **93523**    Дата\ date 07 / 11 / 201_ г.

www.tcs-express.kz

## Отправитель / Sender

| Ф.И.О / name | Биктемов Б | Телефон / Phone | 8 708 565 56 2 |
|---|---|---|---|
| Компания / Company | ЦУМ | | |
| Адрес / Address | Абылай Сатпаев 471 оф. 74 | | |
| Индекс / Index | | Страна / Country | KZ |
| Город / City | Алматы | | |

## Получатель / Receiver

| Ф.И.О / name | Даметкин Н | Телефон / Phone | 705 114 14 10 |
|---|---|---|---|
| Компания / Company | | | |
| Адрес / Address | ул. Еден Жонузок хан руб н.930 | | |
| Индекс / Index | | Страна / Country | KZ |
| Город / City | Алматы | | |

## Полное описание содержимого / Full description of contents

документы

| Спец. инструкции / Special instructions | Количество Number | Вес Weight | Объемный вес Volumetric weight |
|---|---|---|---|
| | 1 | 150 | |

## Оплата / Payment

| отправителем sender | получателем receiver | наличный cash | безналичный transfer |
|---|---|---|---|
| ✓ | | 1000 | |

| Подпись отправителя Sender's signature | Дата\ date 19 / 11 / 201_ г. | Ф.И.О получателя / подпись Name's receiver / signature | Дата\ date __ / __ / 201_ г. |
|---|---|---|---|
| | время / time 10:40 | | время / time |

Ф.И.О. курьера / подпись
Name's courier / signature