# Exhibit O

Добрый день.
**Уважаемый Айдан Табониязович!**

    Частное Учреждение «Казахстанский центр медиации» (в дальнейшем – Центр медиации), обращается к Вам по поводу ситуации, возникшей, между Вами и **Карибжановой Махпал Канапиевной** в связи со спором о разделе общего имущества.

    С 5 августа 2011 года в Казахстане действует Закон РК «О медиации». Медиация – это процедура, позволяющая в досудебном порядке, с помощью нейтральной третьей стороны Медиатора, решать различного рода спорные вопросы. Это гибкая, малозатратная процедура, которая помогает найти пути выхода из создавшейся ситуации, соответствующие интересам обеих сторон, исключает риск публичного оглашения спора, при этом позволяет сохранить или восстановить отношения между конфликтующими сторонами.

    Ваш вопрос относительно потенциально можно разрешить с помощью медиации. Медиация состоится, если Вы примете предложение о ее проведении. Вы можете самостоятельно принять решение об участии в медиации или предварительно проконсультироваться с Вашими адвокатами/представителями и со специалистами нашего Центра.

    Как показывает мировая практика по медиации, участники более 80% проведенных медиаций пришли к полному согласию за короткий промежуток времени, заключили медиативное соглашение, которое исполняется сторонами добровольно.

    Если Вы примете это предложение принять участие в процедуре медиации, прошу Вас связаться по со мной по номеру: +77013563562
Если до 1 февраля 2022 от Вас не поступит какой-либо информации – предложение о медиации будет считаться отклоненным, что может повлечь обращение второй потенциальной стороны за разрешением спора в предусмотренном гражданским законодательством Республики Казахстан порядке.


Заявка на медиа...(1).pdf


письмо-пригла...ии.pdf

**Irina at kazmediation.kz**
Invitation letter
To: karibjanov@gmail.com, m.mostovich@bk.ru, Copy: Yevgeniy Tikhonov

Good afternoon,
**Dear Aidan Taboniyazovich!**

    **A private institution**, the Kazakhstan Mediation Center (hereinafter referred to as the Mediation Center), is contacting you about the situation that has arisen between you and **Karibzhanova Makhpal Kanapiyevna** in connection with a dispute over the division of common property.
    Since August 5, 2011, the Law of the Republic of Kazakhstan "On Mediation" has been in force in Kazakhstan. Mediation is a procedure that allows pre-trial, with the help of a neutral third party Mediator to resolve various kinds of controversial issues. This flexible, low-cost procedure helps to find ways out of the situation that meet the interests of both sides, eliminates the risk of public disclosure of the dispute and at the same time allows you to maintain or restore relations between the conflicting parties.
    Your question can potentially be resolved through mediation. Meditation will take place if you accept the offer to conduct it. You can decide on your own to participate in mediation or consult with your lawyers/representatives and specialists of our Center beforehand.
    As the world practice on mediation shows, the participants of more than 80% of the conducted mediation came to a full agreement in a short period, concluded a mediation agreement, which the parties fulfill voluntarily.
    If you accept this offer to take part in the mediation procedure, please contact me: +77013563562.
    If you do not send any information by February 1, 2022, we will consider the mediation offer rejected, which may lead to the appeal of the second potential party to resolve the dispute in accordance with the procedure provided for by the civil legislation of the Republic of Kazakhstan.


Application for mediation (1).pdf


Letter of invitation to mediation.pdf

| | |
|---|---|
| екст-перевод документа с русского на английский зык выполнен мной, переводчиком Куспаевым улегеном Бауржанулы, 28.08.1994 года рождения, есто рождения Алматы, ИИН: 940828300097. ород Алматы, Республика Казахстан. а достоверность перевода ручаюсь. | I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan. This is an accurate translation |
| одпись: _[signature]_ Куспаев Тулеген Бауржанулы | Signature: _[signature]_ Kuspayev Tulegen Baurzhanuly |
| еспублика Казахстан, город Алматы, тринадцатое преля две тысячи двадцать второго года. | Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two. |

[Seal: LEXICON-EXPRESS, Агентство по переводам «Lexicon-Express», Алматы қаласы, Республика Казахстан]

IN WITNESS WHEREOF, I, Toxtarov T. Nurbolat, Notary, INN 850524000, DSN 4 of 1996, have translated such translation of the form of a document from Russian into English, Almaty city, Republic of Kazakhstan. This is an accurate translation.

Signature: /signed/

Notary T.Toxt...
/signed/

Republic of Kazakhstan, Almaty city, the thirtieth of April, two thousand and twenty two.

/seal: Notary T. Toxtarov/