# Exhibit P



18 февраля 2022 г.

🔒 Сообщения и звонки защищены сквозным шифрованием. Третьи лица, включая WhatsApp, не могут прочитать ваши сообщения или прослушать звонки. Подробнее.

Максим Александрович, добрый день. Меня зовут Ирина Виговская. Я отправляла вам сообщение на E-mail, по поводу приглашения на процедуру медиации Вашего клиента г-на Карибжанова А.Т. Так же не могу до Вас дозвониться. прошу дать ответ планируете ли вы медиацию? Прошу ответить до понедельник. Спасибо

15:57 ✓✓

**Maxim Alexandrovich**

February 18, 2022

Messages and calls are protected by end-to-end encryption. Third parties, including WhatsApp, cannot read your messages or listen to calls. More.

Maxim Alexandrovich, good afternoon. My name is Irina Vigovskaya. I sent you an E-mail about the invitation to the mediation procedure of your client Mr. Karibzhanov A.T. I also cannot get through to you, I ask you to give an answer are you planning mediation? Please reply by Monday. Thanks

15:57

[т]екст-перевод документа с русского на английский [я]зык выполнен мной, переводчиком Куспаевым [Т]улегеном Бауржанулы, 28.08.1994 года рождения, [м]есто рождения Алматы, ИИН: 940828300097. [г]ород Алматы, Республика Казахстан.
[з]а достоверность перевода ручаюсь.

Подпись: _____

Куспаев Тулеген Бауржанулы

[Р]еспублика Казахстан, город Алматы, тринадцатое [а]преля две тысячи двадцать второго года.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan. This is an accurate translation

Signature: _____

Kuspayev Tulegen Baurzhanuly

Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two.

[Stamp: LEXICON-EXPRESS, Республика Казахстан, г.Алматы, ТОО «Агентство по переводам «Lexicon-Express»]