# Exhibit Q



FW: Invitation letter

Irina at kazmediation.kz vigovskaya@kazmediation.kz
To: Yevgeniy.tikhonov@dynasty.kz
This message was sent with importance: High.

Application for mediation (1).pdf
225 KB
Letter of invitation to mediation.pdf
149 KB

**From**: Irina at kazmediation.kz vigovskaya@kazmediation.kz
**Sent**: Sunday, 20 February 2022  16:26 PM
**To**: kabirjanov@g,ail.com <kabirjanov@g,ail.com>; m.mostovich@bk.ru <m.mostovich@bk.ru>
**Ce**: Yevgeniy.tikhonov@dynasty.kz <Yevgeniy.tikhonov@dynasty.kz>
**Subject** : Letter of invitation
**Importance**: High

Good afternoon,
**Dear Aidan Taboniyazovich!**

    **A private institution**, the Kazakhstan Mediation Center (hereinafter referred to as the Mediation Center), is contacting you about the situation that has arisen between you and **Karibzhanova Makhpal Kanapiyevna** in connection with a dispute over the division of common property.
    Since August 5, 2011, the Law of the Republic of Kazakhstan "On Mediation" has been in force in Kazakhstan. Mediation is a procedure that allows pre-trial, with the help of a neutral third party Mediator to resolve various kinds of controversial issues. This flexible, low-cost procedure helps to find ways out of the situation that meet the interests of both sides, eliminates the risk of public disclosure of the dispute and at the same time allows you to maintain or restore relations between the conflicting parties.
    Your question can potentially be resolved through mediation. Meditation will take place if you accept the offer to conduct it. You can decide on your own to participate in mediation or consult with your lawyers/representatives and specialists of our Center beforehand.
    As the world practice on mediation shows, the participants of more than 80% of the conducted mediation came to a full agreement in a short period, concluded a mediation agreement, which the parties fulfill voluntarily.

[т]екст-перевод документа с русского на английский [я]зык выполнен мной, переводчиком Куспаевым [Т]улегеном Бауржанулы, 28.08.1994 года рождения, [м]есто рождения Алматы, ИИН: 940828300097. [г]ород Алматы, Республика Казахстан.
[з]а достоверность перевода ручаюсь.

Подпись: _____

Куспаев Тулеген Бауржанулы

[Р]еспублика Казахстан, город Алматы, тринадцатое [а]преля две тысячи двадцать второго года.

I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan. This is an accurate translation

Signature: _____

Kuspayev Tulegen Baurzhanuly

Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two.

[Stamp: Lexicon-Express, Almaty, Republic of Kazakhstan]