# Exhibit R



Қазақстандық медиация орталығы    Казахстанский центр медиации

КОПИЯ

Исх. №М/56
12 апреля 2022 г.
Вх.№ ___

Уважаемая **Махпал Канапиевна**,

    Казахстанский центр медиации (далее Центр), в лице директора: Виговской И.Н. благодарит Вас за доверие и обращение в наш Центр.
    Относительно Вашего запроса на проведение медиации от 18.01.2022 г. вынуждена сообщить, что провести процедуру медиации не представляется возможным по следующим факторам:

1. Согласно Статья 16. Порядок проведения медиации. Медиация осуществляется по согласованным сторонами порядку, не противоречащим законодательству Республики Казахстан и Статье 19 Закона о медиации:
   В случае взаимного согласия сторон о разрешении конфликта путем медиации, составляется договор о проведении медиации, оформленный в письменной форме. Договор был подписан, только с Вашей стороны. Господин Карибжанов А.Т. не подписал договор на проведение медиии ввиду того, что не было возможности с ним связаться.
   Исходя из вышеизложенного не представляется возможным заключение договора на проведение медиации и в последующем проведении самой процедуры медиации, так как не смогла дозвониться до Карибжанова Айдан Табониязовича и его представителей. Письмо-приглашение было отправлено по почте 19.01.2022 и на E-mail 28.012022, так же продублировано на E-mail: 20.02.2022. Так же 18.02.2022, было отправлено сообщение на whatsapp представителю Г-на Карибжанова А.Т., г-ну Мостович М.А.
   Ответа на приглашение к процедуре медиации не получено.

2. Согласно ст. Статья 3 «Закона о медиации», Мы не можем привлекать к процедуре медиации **обязательным** участием, так как один из принципов проведения медиации: Медиация проводить на основе добровольности сторон. Условием участия в процедуре медиации является взаимное добровольное волеизъявление сторон, выраженное в договоре о медиации.

3. Договор о медиации был подписан только с Вашей стороны.

    Исходя из вышеизложенного еще раз подчеркиваем невозможность проведение процедуры медиации на добровольной основе.

С уважением,
Директор
Ирина Виговская.



www.kazmediation.kz    **Смотрите на обороте…**

Республика Казахстан, город Алматы.
Тринадцатое апреля две тысячи двадцать второго года.

Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии №0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства юстиции Республики Казахстан, свидетельствую верность этой копии с подлинником документа.

В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей не оказалось.

Зарегистрировано в реестре за № 1909
Взыскано: 306 тенге
Нотариус



EC6802823220413180555H976978
Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия

**COPY**

**Kazakhstan Mediation Center**

Ref. No. M/56
April 12, 2022
Rec. No. ___

Dear **Makhpal Kanapievna**,

Kazakhstan Mediation Center (hereinafter Center), represented by the Director: I.N. Vigovskaya, thanks you for your trust and contacting our Center.

Regarding your request for mediation dated January 18, 2022, I have to inform you that it is not possible to conduct a mediation procedure due to the following factors:

1. According to Article 16. The procedure for conducting mediation. Mediation is carried out according to the procedure agreed by the parties, which does not contradict the legislation of the Republic of Kazakhstan and Article 19 of the Law on Mediation:

In case of mutual consent of the parties to resolve the conflict through mediation, a written mediation agreement is drawn up. The agreement was signed, only on your side. Mr. Karibzhanov A.T. did not sign a mediation agreement due to the fact that it was not possible to contact him.

Based on the above, it is not possible to conclude a mediation agreement and subsequently conduct the mediation procedure itself, since I could not get through to Karibzhanov Aidan Taboniyazovich and his representatives. The invitation letter was sent by mail on January 19, 2022 and by E-mail on January 28, 2022, also duplicated by E-mail: February 20, 2021. Also on February 18, 2022, a whatsapp message was sent to the representative of Mr. Karibzhanov A.T., Mr. Mostovich M.A.

No response has been received to the invitation to the mediation procedure.

2. According to art. Article 3 of the «Law on Mediation», we cannot involve **mandatory** participation in the mediation procedure, since one of the principles of mediation is to conduct mediation on the basis of the voluntary nature of the parties. The condition for participation in the mediation procedure is the mutual voluntary expression of the will of the parties expressed in the mediation agreement.

3. The mediation agreement was signed only on your side.

Based on the above, we emphasize once again the impossibility of conducting mediation procedure on a voluntary basis.

**Respectfully yours,**
**Director**                                        /signature/
**Irina Vigovskaya.**

Seal: /Republic of Kazakhstan, Almaty city * «Kazakhstan Mediation Center» Private Institution/

www.kazmediation.kz

See overleaf…

Republic of Kazakhstan, Almaty city.

The thirteenth of April, year two thousand and twenty-two.

I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of December 29 2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of this copy with the original document. The latter is free from erasures, additions, strikeout words and other not specified corrections or peculiarities.

Reg. No 1909

Paid: 306 KZT

Notary

| | |
|---|---|
| Текст-перевод документа с русского на английский язык выполнен мной, переводчиком Куспаевым Тулегеном Бауржанулы, 28.08.1994 года рождения, место рождения Алматы, ИИН: 940828300097. город Алматы, Республика Казахстан. | I, Kuspayev Tulegen Baurzhanuly, IRN 940828300097, DOB 28.08.1994, the translator, made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan. |
| Подпись: _____ *Куспаев Тулеген Бауржанулы* | Signature: _____ *Kuspayev Tulegen Baurzhanuly* |
| Республика Казахстан, город Алматы, тринадцатое апреля две тысячи двадцать второго года. | Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty two. |
| Я, Абданбеков Ермек Мекемтасович, нотариус города Алматы, действующий на основании государственной лицензии № 0002810 от 29.12.2009 года, выданной Комитетом регистрационной службы и оказания правовой помощи Министерства Юстиции Республики Казахстан, свидетельствую подлинность подписи, совершенной переводчиком Куспаевым Тулегеном Бауржанулы. Личность, подписавшего документ, установлена, дееспособность и полномочия проверены. | I, Abdanbekov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 0002810 of 29.12.2009 issued by the Committee on Organization of help and legal assistance to the citizens under the Ministry of Justice of the Republic of Kazakhstan, do hereby certify the authenticity of the foregoing signature made by the translator Mr. Kuspayev Tulegen Baurzhanuly. I hereby also certify that identity of the person signed this document as well as capability and powers were verified. |

Зарегистрировано в реестре за № / Reg. No **1810**

Взыскано / Paid: 1624 тенге/KZT

Нотариус / Notary _____



L. Koshaeva Tulegen Nauryzbaevna, IIN 860628300697, PCN 28.06.1986, the translation made translation of the foregoing document from Russian to English, Almaty city, Republic of Kazakhstan.

Signature:

Koshaeva Tulegen
Nauryzbaevna

Republic of Kazakhstan, Almaty city, the thirteenth of April, year two thousand and twenty one.

I, Abdurakhov Yermek Mekemtasovich, the Notary of Almaty city, acting on the basis of the state license No. 402810 of 29.12.2009 issued by the Committee on Registration Control and legal assistance to the organs under the Ministry of Justice of the Republic of Kazakhstan do hereby certify the authenticity of the foregoing signature made by the translator L. Koshaeva Tulegen Nauryzbaevna. I hereby also verify that identity of the person signed the document as well as capability and powers were verified.

Registered in register No. ...
Charged for : ...

Notary:





ET080282332074518762OP7650041

Нотариаттық іс-әрекеттің бірегей нөмірі / Уникальный номер нотариального действия