

John W. Moscow
212 822 0164
john.moscow@lbkmlaw.com

September 7, 2022

**VIA ECF**

The Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

      **Re:** **In Re Application of Makhpal Karibzhanova for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (Case 1:21-mc-00442-KPF)**

Dear Judge Failla:

    I write to notify the Court that, pursuant to Your Honor's Order dated August 10, 2022 (ECF No. 77), all documents obtained in connection with the undersigned's commission in this matter have been destroyed and all subpoena recipients have been notified that their obligations with respect to the subpoenas issued in connection with my commission have ceased and that the subpoenas are no longer valid.

                                Respectfully submitted,

                                John W. Moscow

Cc: Counsel of Record (via ECF)